**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| THE KIRK CORPORATION, | ) | Case No. 09-17236 |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | Hearing Date: June 4, 2009 at 10:30 a.m. |

**NOTICE OF FINAL HEARING**

TO:    Attached Service List

**PLEASE TAKE NOTICE** that on **June 4, 2009 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Carol A. Doyle in the courtroom usually occupied by her, Courtroom No. 742, in the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in his place or stead, and shall then and there hold the Final Hearing (as defined in the Motion) on the Debtors' **Emergency Motion for an Order (I) Authorizing Use of Cash Collateral and Granting Adequate Protection and (II) Approving the Form and Method of Notice of, and Scheduling the Final Hearing on the Use of Cash Collateral**, a copy of which has been previously served upon you, and at which time and place you may appear as you see fit.

Dated: May 19, 2009                             THE KIRK CORPORATION AND ITS
                                                AFFILIATE DEBTORS

                                                By:  /s/ David L. Kane
David L. Kane (ARDC No. 6277758)                    One of Its Attorneys
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 3500
Chicago, Illinois 60606
(312) 987-9900

**CERTIFICATE OF SERVICE**

I, David L. Kane, an attorney, certify that on May 19, 2009, I caused copies of the **Notice of Final Hearing** to be served (i) via electronic notice on the parties appearing on the Court's CM/ECF notice list and (ii) via First Class U.S. Mail, postage pre-paid, upon the parties set forth on the attached Service List.

                                                By:  /s/ David L. Kane
                                                     One of Its Attorneys

## SERVICE LIST

| | | |
|---|---|---|
| Donald Kirk<br>1024 Hibbard Rd.<br>Wilmette, IL 60091 | David Kirk<br>5336 N Glenwood Rd.<br>Chicago, IL 60640 | Carrie Reyes<br>Cole Taylor Bank<br>225 W. Washington St. 9th Floor<br>Chicago, IL 60606 |
| Dan Feste<br>Lenny Szarek Inc.<br>4014 Pioneer Rd.<br>McHenry, IL 60050 | Vince Salemi<br>Coleman Floor Company<br>1930 N. Thoreau Dr. #100<br>Schaumburg, IL 60173 | Justin Avey<br>Service Drywall & Decorating<br>47 West Irving Park Rd.<br>Roselle, IL 60172 |
| Larry Noor<br>Professional Plumbing, Inc.<br>1435 S. Barrington Rd.<br>Barrington, IL 60010 | Jack Hamilton<br>SCE Unlimited, Inc.<br>195 Exchange Blvd.<br>Glendale Heights, IL 60139 | John Neumuller<br>R & D Thiel Inc<br>2340 Newburg Rd.<br>Belvidere, IL 61008 |
| Mike Blanchard<br>Blanchard Electrical Contractors<br>920 W. Prairie Dr.<br>Ste. I<br>Sycamore, IL 60178 | Sally Gange<br>Stock Building Supply<br>1331 Davis Rd.<br>Elgin, IL 60123 | Max Ghezzi<br>Ghezzi Masonry Construction<br>P.O. Box 5152<br>Lansing, IL 60438 |
| Gary Doles<br>Tempco Heating & Air Conditioning Company<br>3050 N. Kennicott<br>Arlington Heights, IL 60004 | Mike Reagen<br>Alright Concrete<br>1500 Ramblewood Dr.<br>Streamwood, IL 60107 | Glen Nissen<br>Art Nissen & Son Landscaping, Inc.<br>P.O. Box 459<br>Hampshire, IL 60140 |
| Larry Boesso<br>Patriot Concrete & Asphalt<br>10S312 Schoger Dr.<br>Naperville, IL 60564 | Dave Solari<br>CCR Tops Inc.<br>2482 Technology Dr.<br>Elgin, IL 60123 | Bob Shearer<br>Northwest Insulation<br>1615 Dundee Ave., Ste. 1<br>Elgin, IL 60120 |
| Tom Koss<br>Inland Electric Corp. | Jim Link<br>Jim Link Services, Inc. | Larry Boesso<br>J B Concrete Contractors Inc. |

| | | |
|---|---|---|
| 611 W. Jefferson<br>Shorewood, IL 60431 | 431 Scotland Rd., Ste. B<br>Lakemoor, IL 60051 | 10S312 Schoger Dr., Unit B<br>Naperville, IL 60564 |
| Marty Burke<br>Mackie Consultants<br>9575 W. Higgins Rd.<br>#500 Rosemont, IL 60018 | Doug Holcomb<br>Harry Wolsky, Inc. of IL<br>547 Motherwell Ave.<br>Logan , OH, 43138 | Tim Cote<br>Tim Cote Inc.<br>1075 Manito Trail<br>Algonquin, IL 60102 |
| Frank Zubricki<br>Professional Drywall & Decorating LLC<br>3135 W. 59th St.<br>Chicago, IL 60629 | Tom Manning<br>T. Manning Concrete, Inc.<br>11410 Kreutzer Rd.<br>Huntley, IL 60142 | Mark Wilson<br>Wilkor Construction Inc.<br>700 D Willow Lane<br>Dundee, IL 60118 |
| Jordan Harris<br>Whirlpool<br>1904 Country Dr.<br>Grayslake, IL 60030 | Larry Hill<br>Ryan Incorporated Central<br>P.O. Box 206<br>Janesville, IL 53547 | Earl Sund<br>Sund Masonry<br>116 Birch Lane<br>Cary, IL 60013 |
| William T. Neary<br>Office of the U.S. Trustee, Region 11<br>219 South Dearborn St.<br>Room 873<br>Chicago, IL 60604 | Joel Walker, Esq.<br>Duane Morris LLP<br>600 Grant St.<br>Suite 5010<br>Pittsburgh, PA 15219-2811 | Rosanne Ciambrone<br>Duane Morris LLP<br>190 South LaSalle St.<br>Suite 3700<br>Chicago, IL 60603-3433 |