**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| THE KIRK CORPORATION, et al., | ) | Case No. 09-17236 |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | Hearing Date: June 22, 2009 at 9:30 a.m. |

**NOTICE OF FINAL HEARING**

    **PLEASE TAKE NOTICE** that on **June 22, 2009 at 9:30 a.m**., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff in the courtroom usually occupied by him, Courtroom No. 744, in the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in his place or stead, and shall then and there hold the Final Hearing (as defined in the Motion) on the Debtors' **Emergency Motion for an Order (I) Authorizing Use of Cash Collateral and Granting Adequate Protection and (II) Approving the Form and Method of Notice of, and Scheduling the Final Hearing on the Use of Cash Collateral**, a copy of which has been previously served upon you, and at which time and place you may appear as you see fit.

Dated: June 5, 2009

                                                                        **THE KIRK CORPORATION AND ITS**
                                                                        **AFFILIATED DEBTORS**

                                                                        By:  /s/ David L. Kane
David L. Kane (ARDC No. 6277758)                         One of Its Attorneys
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 3500
Chicago, Illinois 60606
(312) 987-9900

**CERTIFICATE OF SERVICE**

    I, David L. Kane, an attorney, certify that on June 5, 2009, I caused copies of the **Notice of Final Hearing** and **Amended Agreed Interim Order (I) Authorizing Use of Cash Collateral and Adequate Protection and (II) Scheduling and Approving the Form and Method of Notice of the Hearing on the Debtors' Motion for Entry of Final Order to Use Cash Collateral** to be served (i) via electronic notice on the parties appearing on the Court's CM/ECF notice list and (ii) via First Class U.S. Mail, postage pre-paid, upon the parties set forth on the attached Service List.

                                                                      By:  /s/ David L. Kane
                                                                          One of Its Attorneys

## SERVICE LIST

| | | |
|---|---|---|
| Donald Kirk<br>1024 Hibbard Rd.<br>Wilmette, IL 60091 | David Kirk<br>5336 N Glenwood Rd.<br>Chicago, IL 60640 | Carrie Reyes<br>Cole Taylor Bank<br>225 W. Washington St. 9th Floor<br>Chicago, IL 60606 |
| Lenny Szarek Inc.<br>c/o Jennifer L. Johnson<br>Zanck, Coen & Wright<br>40 Brink St.<br>Crystal Lake, IL 60014 | Karen Rust<br>Coleman Floor Company<br>1930 N. Thoreau Dr. #100<br>Schaumburg, IL 60173 | Justin Avey<br>Service Drywall & Decorating<br>47 West Irving Park Rd.<br>Roselle, IL 60172 |
| Donald Walsh<br>Professional Plumbing, Inc.<br>1435 S. Barrington Rd.<br>Barrington, IL 60010 | SCE Unlimited, Inc.<br>c/o Brendan G. Best<br>Schafer and Weiner, PLLC<br>40950 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304 | R&D Thiel Inc.<br>c/o Gary Leydig<br>Riordan, Fulkerson, Hupert & Colema<br>30 North LaSalle St, Suite 2630<br>Chicago, IL 60602 |
| Tracey Blanchard<br>Blanchard Electrical Contractors, Inc.<br>920 W. Prairie Dr., Ste. I<br>Sycamore, IL 60178 | Sally Gange<br>Stock Building Supply<br>1331 Davis Rd.<br>Elgin, IL 60123 | Max Ghezzi<br>Ghezzi Masonry Construction<br>P.O. Box 5152<br>Lansing, IL 60438 |
| Gary Doles<br>Tempco Heating & Air Conditioning Company<br>3050 N. Kennicott<br>Arlington Heights, IL 60004 | Mike Reagen<br>Alright Concrete<br>1500 Ramblewood Dr.<br>Streamwood, IL 60107 | Glen Nissen<br>Art Nissen & Son Landscaping, Inc.<br>P.O. Box 459<br>Hampshire, IL 60140 |
| Larry Boesso<br>Patriot Concrete & Asphalt<br>10S312 Schoger Dr.<br>Naperville, IL 60564 | David Solari<br>CCR Tops Inc.<br>2482 Technology Dr.<br>Elgin, IL 60123 | Bob Shearer<br>Northwest Insulation<br>1615 Dundee Ave., Ste. 1<br>Elgin, IL 60120 |
| Tom Koss<br>Inland Electric Corp.<br>611 W. Jefferson<br>Shorewood, IL 60431 | Jim Link<br>Jim Link Services, Inc.<br>431 Scotland Rd., Ste. B<br>Lakemoor, IL 60051 | Larry Boesso<br>J B Concrete Contractors Inc.<br>10S312 Schoger Dr., Unit B<br>Naperville, IL 60564 |

| | | |
|---|---|---|
| Martin T. Burke<br>Mackie Consultants<br>9575 W. Higgins Rd. #500<br>Rosemont, IL 60018 | Michael E. Bellar,<br>President<br>Harry Wolsky, Inc. of IL<br>547 Motherwell Ave.<br>P.O. Box 967<br>Logan , OH, 43138 | Tim Cote<br>Tim Cote Inc.<br>1075 Manito Trail<br>Algonquin, IL 60102 |
| Frank Zubricki<br>Professional Drywall &<br>Decorating LLC<br>3135 W. 59th St.<br>Chicago, IL 60629 | Tom Manning<br>T. Manning Concrete, Inc.<br>11410 Kreutzer Rd.<br>Huntley, IL 60142 | Mark Wilson<br>Wilkor Construction Inc.<br>700 D Willow Lane<br>Dundee, IL 60118 |
| Jordan Harris<br>Whirlpool<br>1904 Country Dr.<br>Grayslake, IL 60030 | Larry Hill<br>Ryan Incorporated Central<br>P.O. Box 206<br>Janesville, IL 53547 | Earl Sund<br>Sund Masonry<br>116 Birch Lane<br>Cary, IL 60013 |
| Roman Sukley<br>Office of the U.S. Trustee<br>219 South Dearborn St.<br>Room 873<br>Chicago, IL 60604 | Joel Walker, Esq.<br>Duane Morris LLP<br>600 Grant St., Ste. 5010<br>Pittsburgh, PA 15219-2811 | Rosanne Ciambrone, Esq.<br>Matthew Olins, Esq.<br>Duane Morris LLP<br>190 South LaSalle Street<br>Ste. 3700<br>Chicago, IL 60603-3433 |
| Marty Cann<br>First American Title<br>IL Underwriting Counsel<br>27775 Diehl Rd.<br>Warrenville, IL 60555 | | |