## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE KIRK CORPORATION, *et al.*, | ) | Case No. 09-17236 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | |

### AGREED ORDER EXTENDING FINAL ORDER AUTHORIZING
### USE OF CASH COLLATERAL AND ADEQUATE PROTECTION

This matter coming before the Court on the motion (the "Motion")[1] for approval and entry of an Order Authorizing the Extended Use of Cash Collateral and Adequate Protection made by The Kirk Corporation and the other jointly administered debtors in these cases, as debtors and debtors-in-possession (collectively, the "Debtors")[2]; hearings having been held to consider the Debtors' use of cash collateral and grant of adequate protection as provided under sections 363(c)(2)(A) and 363(e) of the Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), and Rules 4001(b) and (d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); notice of the Motion having been given to: (a) the Office of the United States Trustee; (b) Agent for the Lenders, and its counsel; (c) the Official Committee of Unsecured Creditors, and its counsel and (d) all parties filing appearances and/or requesting notice in these bankruptcy cases; adequate and appropriate notice of the Motion having been given in accordance with Bankruptcy Rule 4001(b); the Court having considered the evidence

---

[1] Capitalized terms used and not defined herein shall have the meanings set forth in the Motion.

[2] The Debtors are the following companies: The Kirk Corporation; Apple Creek Estates, LLC; Beacon Pointe West, LLC; Bloomfield Estates, LLC; Laurel Meadow, L.L.C.; The Lindens Venture, L.L.C.; Rockwell Place, LLC; Stonegate Village, LLC; Wing Pointe North, L.L.C; and Westland, LLC; Bloomfield West, L.L.C. (filed June 8, 2009); and Freeman Road Development, LLC (filed June 8, 2009). Two affiliates of Kirk are currently non-debtors: Rockwell Utilities, LLC; and Suncrest, L.L.C.

{05919: 210: 00462046.DOC : }

presented at the hearings and the statements of respective counsel for the Debtors, JPMorgan Chase, N.A., as agent (the "Agent") for the lenders (the "Lenders"), and other parties in interest; the Court, being duly advised in the premises, hereby makes the following findings of fact and conclusions of laws :

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED to the extent and as set forth herein below.

2. Pursuant to the terms and conditions of the Final Order Authorizing Use of Cash Collateral Order and Adequate Protection entered by the Court on June 23, 2009 [Docket No. 155], the Debtors are hereby authorized to use Cash Collateral to pay wages, salaries, and other operating expenses incurred from the Petition Date through and including August 7, 2009 as set forth in the Budget attached hereto as **Exhibit A**. In addition, the Debtors may use Cash Collateral to accrue, reserve or pay for one half of the bi-weekly payroll payable the week ending August 14, 2009.

3. The provisions of this Cash Collateral Order shall be effective immediately upon entry.

Dated: July 29, 2009

_____
Honorable Eugene R. Wedoff
United States Bankruptcy Judge

# EXHIBIT A

BUDGET

{05919: 210: 00462046.DOC : }

THE KIRK CORPORATION
Combined 17 Week Disbursement Budget

7/23/09

| Week Ending | Weeks 1-10 Actual | Week 11 7/24/2009 | Week 12 7/31/2009 | Week 13 8/7/2009 | Week 14 8/14/2009 | Week 15 8/21/2009 | Week 16 8/28/2009 | Week 17 9/4/2009 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Overhead Disbursements [1] | 342,885 | 34,621 | 49,900 | 35,800 | 51,340 | 33,600 | 49,900 | 44,800 | 642,846 |
| Payroll [2] | 268,436 | 0 | 53,300 | 0 | 53,300 | 0 | 53,300 | 26,650 | 454,986 |
| Professional Fees [3] | 30,971 | 384,339 | 0 | 0 | 160,000 | 0 | 0 | 160,000 | 735,310 |
| Total Disbursements on Behalf of Debtors | 642,292 | 418,960 | 103,200 | 35,800 | 264,640 | 33,600 | 103,200 | 231,450 | 1,833,142 |

Notes:
[1] Excludes real estate taxes
[2] Excludes severance payments
[3] Debtor's Professionals & Counsel for any Creditors Committee