

# I N V O I C E

May 22, 2009


Mr. Paul Rose
V. P. Land Acquisition
The Kirk Corporation
201 Juniper Circle
Streamwood, IL 60107
c/o Kathy Abell (Via Email Kabell@mtslaw.com)


**RE:    Real Estate Purchase Agreement between Joseph Valente (Purchaser) and Freeman Road LLC (Seller)**

---

For services rendered in connection with the sale of 164 acres located on Freeman Road east of Route 47 in unincorporated Kane County, Illinois.  The following commission calculation shall apply:

Purchase Price:    $3,200,000

$3,200,000 x 3% ...............................................................................................$96,000.00

**Total due Darwin ................................................................................$96,000.00**


Darwin Realty & Development Corporation
Bank of America
135 S. LaSalle
Chicago, Illinois
*Account Number 9106667*
*ABA Number 026009593*