# EXHIBIT A

to

## DEBTORS' DISCLOSURE STATEMENT

## SUMMARY OF PROPOSED DISTRIBUTIONS

## SUMMARY OF PROPOSED DISTRIBUTIONS

### UNIMPAIRED CLASSES

| TYPE OF CLAIM | ESTIMATED AMOUNT OF CLAIMS | PROPOSED DISTRIBUTION |
|---|---|---|
| Administrative Claims | Estimated at $285,000. | All Allowed Administrative Claims will be paid in full. |
| Class 2 – Priority Real Estate Tax Claims | Estimated at $103,658. | All Allowed Real Estate Priority Tax Claims will be paid in full. |
| Priority Claims | Estimated at $0. | All Allowed Priority Claims will be paid in full. |
| Class 3 – Priority Severance Claims | Estimated at $15,450. | All Allowed Priority Severance Claims will be paid in full. |
| Class 4 – Post-Closing Claims of Homebuyers | Estimated at $370,000. | All Allowed Post-Closing Claims of Homebuyers will be paid in full. |

### IMPAIRED CLASSES

| CLASS OF CLAIM | ESTIMATED AMOUNT OF CLAIMS | PROPOSED DISTRIBUTION |
|---|---|---|
| Class 1 – Lender Secured Claims | $52,031,091. | Estimated at $28,052,907. |
| Class 5 – Mechanic's Lien Claims | Estimated at $1,800,000 (which may constitute valid First-Priority Mechanic's Lien Claims or may be treated as unsecured claims pursuant to the Lien Resolution Procedure). | All Allowed Mechanic's Lien Claims shown to be first-priority secured claims pursuant to the Lien Resolution Procedure shall be paid in full, but any unsecured portion will be paid from GUC Proceeds estimated to make available 1.5% to 6% distribution. |

| CLASS OF CLAIM | ESTIMATED AMOUNT OF CLAIMS | PROPOSED DISTRIBUTION |
|---|---|---|
| Class 6 – Unsecured ESOP Note Claims | Estimated at $935,185. | Estimated 1.5% to 6% distribution from all GUC Proceeds, or Holder may elect to take Pro Rata Share of 5% of New Equity. |
| Class 7 - Secured ESOP Note Claims | Estimated at $843,702. | All Allowed Class 7 Claims shall be paid in full from the Letter of Credit posted for their benefit. |
| Class 8 - General Unsecured Claims | Estimated at $12,626,997. | Estimated at 1.5% to 6% distribution. |
| Class 9 - Lenders' Deficiency Claims | Estimated at $23,978,184. | Either receive a distribution in the form of using a waiver of Class 9 as part of the consideration for settling the Adversary Proceeding Against the Lenders, or, (at the Lenders' election) the Lenders will receive a Cash Flow Note (in a percentage of the Class 9 Claims equal to 110% of the percentage of distributions actually received by Holders of Allowed Class 8 Claims on account of such Claims). |
| Class 10 - Intercompany Claims | Estimated at $16,318,671, including $6,721,282 in Claims of Kirk against Freeman Road and $9,597,389 in Claims of Kirk against Westland. | No distribution, except that if Reorganized Kirk receives any distribution from Westland and Freeman Road on account of the post-Effective Date net proceeds of the Adversary Proceeding Against the Lenders, it will contribute 50% of those net proceeds to increase the GUC Proceeds. |

| CLASS OF CLAIM | ESTIMATED AMOUNT OF CLAIMS | PROPOSED DISTRIBUTION |
| --- | --- | --- |
| Class 11 - Indemnification Claims | Estimated between $2,606,070 and $3,106,070. | Distribution estimated between 1.5% to 6%, or Holders of Class 11 Indemnification Claims may waive its right to any distribution as part of a new contract with the Reorganized Debtors. |
| Class 12 - Affiliate Debtor Interests | | Holders of Class 12 Affiliate Debtor Interests will receive no distribution under the Plan. |
| Class 13 - Kirk Interests | | Holders of Class 13 Kirk Interests will receive no distribution under the Plan. |