# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE KIRK CORPORATION, *et al.*, | ) | Case No. 09-17236 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | |

### ORDER GRANTING MOTION TO MODIFY THE PROFESSIONAL FEE APPLICATION PROCEDURES ORDER TO EXTEND THE DEADLINE TO FILE INTERIM FEE APPLICATIONS TO OCTOBER 7, 2009

Upon the motion (the "Motion") of The Kirk Corporation and eleven of its subsidiaries and affiliates (the "Affiliate Debtors"), debtors and debtors-in-possession in the above-captioned cases (collectively with the Affiliate Debtors, "Kirk" or the "Debtors")[1], for an Order modifying Paragraph 5 the Fee Application Procedures Order [Docket No. 159][2] to extend the deadline for professionals retained by the Debtors to file fee applications until October 7, 2009; the Court having jurisdiction to consider and determine the Motion as a core proceeding in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that the relief requested by the Motion is necessary and in the best interests of the Debtors, their estates, and their creditors; and due notice of the Motion having been served on all parties in interest; and sufficient cause appearing therefore:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED in its entirety.

---

[1] The Debtors are the following companies: The Kirk Corporation; Apple Creek Estates, LLC; Beacon Pointe West, LLC; Bloomfield Estates, LLC; Laurel Meadow, L.L.C.; The Lindens Venture, L.L.C.; Rockwell Place, LLC; Stonegate Village, LLC; Wing Pointe North, L.L.C; and Westland, LLC. Four affiliates of Kirk are currently non-debtors: Bloomfield West, L.L.C.; Freeman Road Development, LLC; Rockwell Utilities, LLC; and Suncrest, L.L.C.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2.    Professionals retained by the Debtors *and the Committee* seeking payment pursuant to section 331 of the Bankruptcy Code shall file their first interim fee application, or final fee application as the case may be, on or before October 7, 2009. Any such fee application shall cover the period from May 12, 2009 to September 30, 2009.

3.    Paragraph 5 of the Fee Application Procedures Order is replaced in its entirety with the following:

> "5.    Approximately every three (3) months, each of the professionals seeking payment pursuant to this Order shall file with the Court and serve on the Notice Parties an application for interim Court approval and allowance, pursuant to section 331 of the Bankruptcy Code, of the compensation and reimbursement of fees requested for the prior three (3) month period. The first such application shall be filed on or before October 7, 2009 and shall cover the period from the Petition Date to September 30, 2009. Any professional who fails to timely file such application shall be ineligible to receive further interim payments of fees and expenses as provided herein until such time as the application is submitted."

4.    Notwithstanding anything herein to the contrary, all provisions of the Fee Application Procedures Order not specifically modified as set forth herein shall remain in full force and effect.

Dated: September 22nd, 2009

_____
Honorable Carol A. Doyle
United States Bankruptcy Judge