CASE NAME: <u>The Kirk Corporation</u>                                         CASE NO. <u>09-17236</u>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### FINAL REPORT OF CHAPTER 11 DEBTORS

<u>Main Case</u>

The Kirk Corporation, Case No. 09-17236

<u>Affiliate Debtors (jointly administered)</u>

Apple Creek Estates, LLC, Case No. 09-17247

Beacon Pointe West, LLC, Case No. 09-17249

Bloomfield Estates, LLC, Case No. 09-17251

Laurel Meadow, L.L.C., Case No. 09-17256

The Lindens Venture, L.L.C., Case No. 09-17259

Rockwell Place, LLC, Case No. 09-17260

Westland, LLC, Case No. 09-17262

Stonegate Village, LLC, Case No. 09-17266

Wing Pointe North, L.L.C., Case No. 09-17269

Freeman Road Development, LLC, Case No. 09-20836

**SEE ATTACHED SCHEDULE**

{05919: 210: 00486725.DOC : }

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS
FOR THE PERIOD 5/13/09 THROUGH 10/6/09

| | | |
|---|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | | 604,488.20 |
| RECEIPTS: | | |
| 1 | Receipts from operations | - |
| 2 | Other Receipts | |
| | a. Interbank transfers in | 441,049.06 |
| | b. Other | 1,564,488.74 |
| DISBURSEMENTS: | | |
| 3 | Net payroll | |
| | a. Officers | 276,314.87 |
| | b. Other | 162,763.92 |
| 4 | Taxes | |
| | a. Federal Income Taxes | 86,939.63 |
| | b. FICA withholdings | 39,456.71 |
| | c. Employee withholdings | 6,652.28 |
| | d. Employer's FICA | 39,456.50 |
| | e. Federal Unemployment Taxes | 131.21 |
| | f. State Income Tax | 16,550.91 |
| | g. State Employee withholdings | - |
| | h. All other state taxes | 1,306.93 |
| 5 | Necessary expenses | |
| | a. Rent or mortgage payments | - |
| | b. Utilities | 76,821.53 |
| | c. Business Insurance | 104,566.71 |
| | d. Merchandise bought for manufacture or sale | 6,128.47 |
| | e. Other necessary expenses | |
| |    Bank fees | 8,471.64 |
| |    Employee health, dental, life insurance | 170,720.57 |
| |    HRA participant reimbursements & admin fees | 22,099.60 |
| |    Interbank transfers out | 401,049.06 |
| |    Landscape, lawn service - various locations | 18,283.73 |
| |    Advertising, promotion and public relations | 96,013.18 |
| |    Leases | 33,245.72 |
| |    Quarterly fees - U.S. Trustee | 8,450.00 |
| |    Office supplies and expenses | 10,037.06 |
| |    Postage | 4,962.00 |
| |    Professional fees | 748,112.11 |
| |    Storage | 2,701.97 |
| |    IL state filing fees | 1,280.00 |
| |    Miscellaneous | 6,112.35 |
| |    Employee expense reimbursements | 18,003.96 |
| |    Additional home closing costs | 7,638.30 |
| |    Additional home closing costs withheld at closing - in and out | 21,850.00 |
| |    Vehicle registration renewals | 314.00 |
| |    Sundry building supplies | 3,518.89 |
| |    Marketing program | 16,869.68 |
| |    House construction costs - homes closing | 15,261.00 |
| |    Repairs and maintenance | 5,529.38 |
| |    Employee benefits administration | 6,093.70 |
| |    Warranty work | 2,239.50 |
| |    Final village development punchlist - completed project | 10,000.00 |
| TOTAL DISBURSEMENTS | | 2,455,947.07 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | | (450,409.27) |
| ENDING BALANCE IN JP MORGAN CHASE | | 18,283.16 |
| ENDING BALANCE IN CHARTER NATIONAL BANK & TRUST | | 135,795.77 |
| ENDING BALANCE IN ALL ACCOUNTS | | 154,078.93 |

NOTE: This analysis excludes the Earnest Money Account at JPMorgan Chase

CASE NAME: <u>The Kirk Corporation</u>　　　　　　　　　　CASE NO. <u>09-17236</u>

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, <u>Michael Albach</u>, acting as the duly authorized agent for the pre-conversion Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Final Report of the Debtors are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor-In-Possession

Print or type name and capacity of
person signing this Declaration:

By:　　<u>Michael Albach</u>

Title:　<u>Chief Financial Officer</u>

DATED: October 2͟0͟, 2009

{05919: 210: 00486721.DOC : }