# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| THE KIRK CORPORATION, *et al.*, | ) | Case No. 09-17236 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:                                       Popowcer Katten, Ltd.

Authorized to Provide Professional Services to:         Richard M. Fogel, Trustee

Date of Order Authorizing Employment:                   February 9, 2010

Period for Which Compensation is sought:                January 1, 2012 to May 4, 2012

Amount of Fees sought:                                   $7,504.00

Amount of Expense Reimbursement sought:                  $0

This is an:    Interim Application _____          Final Application   X

First interim award- 9/13/11    $14,855.50
Second interim award- 2/21/12   $10,599.50

Applicant: Popowcer Katten, Ltd.

By: <u>Richard M. Fogel, Trustee</u>

Richard M. Fogel (#3127114)
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
P: (312) 276-1334

{7269 APPL A0318580.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| THE KIRK CORPORATION, *et al.*, | ) | Case No. 09-17236 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

### THIRD AND FINAL APPLICATION OF LOIS WEST AND POPOWCER KATTEN, LTD., ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Lois West and Popowcer Katten, Ltd. ("Popowcer"), Accountants for Richard M. Fogel, not individually, but as chapter 7 trustee (the "Trustee") for the bankruptcy estates of The Kirk Corporation ("Kirk") and its related debtor entities (collectively with Kirk, the "Debtors"),[1] pursuant to Sections 330(a) and 331 of Title 11, United States Code (the "Bankruptcy Code"), presents the Third and Final Application of Popowcer Katten, Ltd., Accountants for the Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses (the "Application"), and in support thereof, respectfully states as follows:

### INTRODUCTION

1.    On May 12, 2009 (the "Petition Date"), Kirk and nine of the other Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code; the remaining two Debtors filed their chapter 11 petitions on June 8, 2009. On October 7, 2009 ("Conversion Date"), the Cases were converted to cases under chapter 7 of the Bankruptcy Code. Shortly thereafter, the Trustee was appointed as the interim chapter 7 trustee for the Debtors' estates ("Estates").

---

[1] The Debtors consist of The Kirk Corporation, Apple Creek Estates, LLC, Beacon Pointe West, LLC, Bloomfield Estates, LLC, Laurel Meadow, LLC, The Lindens Venture, LLC, Rockwell Place, LLC, Wing Pointe North, LLC, Westland, LLC, Bloomfield West, LLC, and Freeman Road Development, LLC.

{7269 APPL A0318580.DOC}

2. Prior to the Conversion Date, Kirk was a production homebuilder with its principal office located in Streamwood, Illinois. The other Debtors are limited liability companies that were formed and controlled by Kirk in connection with its homebuilding business.

3. Although the Debtors were successful in selling several properties during the chapter 11 phase of their cases, several properties remained in the Estates on the Conversion Date. These properties included (i) lots and uncompleted homes in three residential developments located in Bolingbrook (Herrington), Lakemoor (Rockwell Place), and Woodstock (Apple Creek), (ii) commercial property in Woodstock (Apple Creek), (iii) an unentitled parcel zoned for residential use in Elburn (Westland), and (iv) the Debtors' office building in Streamwood. In addition, one of the Estates owned the membership interest in Rockwell Utilities LLC, a private utility servicing certain residences in Lakemoor.

4. On February 2, 2010, the Trustee filed his Application to Employ Popowcer as his Accountants (the "Retention Application") seeking to employ Popowcer to assist the Trustee in carrying out his duties to file income tax returns on behalf of the Estates for the year ending December 31, 2009 and all subsequent years that the Cases remain open.

5. On February 9, 2010, this Court entered an order granting the Retention Application (the "Retention Order").

6. The compensation awarded to Popowcer pursuant to this Application will be paid out of the Estates.

## REQUEST FOR COMPENSATION AND EXPENSES

7. On September 13, 2011, this Court approved Popowcer's first application for interim compensation for services rendered in the amount of $14,885.50 for the period February 10, 2010 through July 31, 2011. On February 21, 2012, this Court approved Popowcer's second

application for interim compensation for services rendered in the amount of $10,599.50 for the period of August 1, 2011 through December 31, 2011.

8. From January 1, 2012 through May 4, 2012 (the "Application Period"), Popowcer has prepared federal and state corporate income tax returns (including related schedules and other required filings) on behalf of the Estates for the year ended December 31, 2011 and for the short-year period ending April 30, 2012 (final). Popowcer also prepared requests for prompt determination of liability in accordance with section 505(b) of the Bankruptcy Code.

9. The services provided by Popowcer to the Trustee (the "Services") during the Application Period have involved a total of 32.8 hours on the part of Popowcer, all as more fully set forth in Exhibit A. Based upon the customary and reasonable rates charged by Popowcer, the fair and reasonable value of the Services is $7,504.00 (the "Compensation Request").

10. The hourly rates charged by the professional of Popowcer who worked on the case and whose time is part of the Services are as follows:

| Professional | Rate[2] | Hours | Total Amount |
|---|---|---|---|
| L. West | $230.00 | 28.8 | $6,624.00 |
| B. Glusak | $220.00 | 4.0 | $880.00 |
| **TOTAL** | | **32.8** | **$7,504.00** |

## NOTICE

11. Notice of this Application has been served upon the Debtors, the United States Trustee, and all creditors and parties in interest by the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** Popowcer seeks the entry of an Order:

A. Granting allowance of the Compensation Request in the amount of $7,504.00 (the "Third and Final Award");

---

[2] Popowcer raised the billing rates for certain professionals on January 1, 2012.

{5419 APP A0143051.DOC 2}  3

   B.  Waiving other and further notice of this hearing with respect to this Application; and

   C.  Granting such other and further relief as to the Court shall seem just and proper.

Dated: May 17, 2012

               Respectfully submitted,

               **Lois West and Popowcer Katten, Ltd.**

               /s/ Richard M. Fogel
               Trustee for the estate of The Kirk Corporation, *et al.*

Richard M. Fogel (#3127114)
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
P: (312) 276-1334

Invoice No. 25541



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- The Kirk Corporation et.al.  (09 B 17236)
- Richard M. Fogel, Trustee
- Shaw Gussis Fishman Glantz et. al.
- 321 N. Clark Street, Suite 800
- Chicago, IL 60654

**Date:** May 4, 2012    **Account No.:** FOG12340L

For Professional Services Rendered:

For accounting and tax services rendered for the period January 1, 2012 through May 4, 2012 including preparation of federal and state corporate income tax returns for the year ended December 31, 2011 and final period ended April 30, 2012 including preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|            | Title                 | Hours | Rate   | Amount     |
|------------|-----------------------|-------|--------|------------|
| L. West    | Bankruptcy Specialist | 28.8  | $230.  | $ 6,624.00 |
| B. Glusak  | Tax Specialist        | 4.0   | 220.   | 880.00     |
|            | Total Due:            | 32.8  |        | $ 7,504.00 |



EXHIBIT
A

Time Sort by Date

**ACCOUNTING & TAX SERVICES**

| Date | Description | Time | Professional | Rate | Amount |
|---|---|---|---|---|---|
| 1/17/2012 | Tax Return Preparation - Meet with trustee to review 2011 transactions to be reported in tax returns for year ended 12/31/11. Review closing statements etc. | 0.8 | L. West | $230 | 184.00 |
| 4/26/2012 | Tax Return Preparation - Prepare workpapers for 12/31/11 year end. Set up workpapers to categorize receipts and disbursements by category by account. Input cash receipts & disbursements from trustee form 2's. | 6.0 | L. West | $230 | 1,380.00 |
| 4/27/2012 | Tax Return Preparation - Set up trial balance for 12/31/11 and post journal entries to record activity during 2011. | 1.8 | L. West | $230 | 414.00 |
| 4/27/2012 | Tax Return Preparation - Prepare workpaper to calculate loss on sale of balance of Apple Creek properties and sale of Juniper Creek property. | 2.0 | L. West | $230 | 460.00 |
| 4/27/2012 | Tax Return Preparation - Review remaining balance sheet assets and post entries to expense / write-off remaining asset accounts and selected liability accounts. | 2.2 | L. West | $230 | 506.00 |
| 4/27/2012 | Tax Return Preparation - Email to Mike Albach re: activity for Rockwell Utilities LLC for period prior to sale on 9/30/11. | 0.3 | L. West | $230 | 69.00 |
| 4/27/2012 | Tax Return Preparation - Reference tax workpapers for 2011. | 1.7 | L. West | $230 | 391.00 |
| 4/28/2012 | Tax Return Preparation - Enter data from trial balance into tax software. | 1.0 | L. West | $230 | 230.00 |
| 5/1/2012 | Tax Return Preparation - Update trial balance and workpapers for information received re: operations of Rockwell Utilities LLC for 2011. | 2.3 | L. West | $230 | 529.00 |
| 5/1/2012 | Tax Return Preparation - Calculate loss on sale of interest in Rockwell Utilities. Post journal entries for transactions to trial balance. Prepare returns for 2011. | 4.0 | L. West | $230 | 920.00 |
| 5/2/2012 | Tax Return Preparation - Finalize returns for 2011. Make adjustments to tax workpapers to reflect changes in depreciation. | 1.5 | L. West | $230 | 345.00 |
| 5/2/2012 | Tax Return Preparation - Prepare workpapers for final year ended 4/30/12. Prepare federal and state corporate returns for final year ended 4/30/12. Prepare 505(b) letters, transmittal letters and forms 8821 and IL-2848. | 4.5 | L. West | $230 | 1,035.00 |
| 5/3/2012 | Tax Review - Review workpapers and federal and state corporate returns for 2011 and final year ended 4/30/12 - form 1120S and IL-1120-ST. | 3.5 | B. Glusak | $220 | 770.00 |
| 5/3/2012 | Tax Return Preparation - Clear review points re: presentation issues. | 0.5 | L. West | $230 | 115.00 |
| 5/3/2012 | Tax Review - Review changes to returns. | 0.3 | B. Glusak | $220 | 66.00 |
| 5/3/2012 | Tax Review - Check assembled returns prior to signature. | 0.2 | B. Glusak | $220 | 44.00 |
| 5/4/2012 | Tax Review - Final review and sign returns for 2011 and final period ended 4/30/12 - forms 1120S and IL-1120-ST. | 0.2 | L. West | $230 | 46.00 |
| | Total | 32.8 | | | 7,504.00 |