UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No. 09-17236 |
| | ) | |
| THE KIRK CORPORATION, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>RICHARD M. FOGEL</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on August 14, 2012 in Courtroom 742**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: <u>July 9, 2012</u>     By: <u>/s/  Richard M. Fogel</u>
                                              Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: THE KIRK CORPORATION § Case No. 09-17236
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 17,155,129.89 |
| *and approved disbursements of* | $ 16,878,907.82 |
| *leaving a balance on hand of* [1] | $ 276,222.07 |
| **Balance on hand:** | $ 276,222.07 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 276,222.07 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 99,174.00 | 75,000.00 | 24,174.00 |
| Attorney for Trustee, Fees - SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | 256,287.00 | 254,000.00 | 2,287.00 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 32,959.00 | 25,455.00 | 7,504.00 |
| Fees, United States Trustee | 7,475.00 | 0.00 | 7,475.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 41,440.00 |
| Remaining balance: | $ 234,782.07 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee/D-I-P Fees - SHEPARD SCHWARTZ & HARRIS LLP | 14,597.50 | 0.00 | 14,597.50 |
| Other Fees: CRANE HEYMAN SIMON WELCH & CLAR | 42,666.76 | 0.00 | 42,666.76 |
| Other Expenses: ARTHUR WEILER, INC. | 1,275.00 | 0.00 | 1,275.00 |
| Other Fees: RENZI & ASSOCIATES | 3,000.00 | 0.00 | 3,000.00 |
| Other Fees: RSM MCGLADREY, INC. | 129,652.96 | 0.00 | 129,652.96 |
| Other Expenses: BRADLEY A. GILLETTE | 1,758.63 | 0.00 | 1,758.63 |
| Other Expenses: FREEDOM TITLE CORPORATION | 5,936.74 | 0.00 | 5,936.74 |
| Other Expenses: ILLINOIS BUSINESS SYSTEMS | 2,396.61 | 0.00 | 2,396.61 |
| Other Expenses: JPMORGAN CHASE BANK, N.A., as agent and lender | 1,000,000.00 | 0.00 | 17,973.11 |
| Other Expenses: MACKIE CONSULTANTS, LLC | 6,810.00 | 0.00 | 6,810.00 |
| Other Expenses: RAJENDRA AND MANISHA PATEL | 3,805.33 | 0.00 | 3,805.33 |
| Other Expenses: SALLY JO BECK | 2,659.43 | 0.00 | 2,659.43 |
| Other Expenses: TEMPCO HEATING & AIR CONDITIONING | 2,250.00 | 0.00 | 2,250.00 |

Total to be paid for prior chapter administrative expenses:  $      234,782.07
Remaining balance:  $             0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $18,750.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 139 | MARCUS G. HANK | 3,750.00 | 3,750.00 | 0.00 |
| 140 | JOSEF HEDL & PAULA MAHONEY | 15,000.00 | 15,000.00 | 0.00 |

Total to be paid for priority claims:  $             0.00
Remaining balance:  $             0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-17236-CAD
The Kirk Corporation                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1              User: lhatch               Page 1 of 9               Date Rcvd: Jul 12, 2012
                                  Form ID: pdf006            Total Noticed: 378

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2012.
```
db           #+The Kirk Corporation,   201 Juniper Circle,    Streamwood, IL 60107-1824
aty           +Alison Lima Anderson,   Arent Fox LLP,    1050 Connecticut Avenue,N.W.,
                Washington, DC 20036-5369
14328465     +% James Grudus, Esq.,    AT&T Services, Inc.,   One AT&T Way, Room 3A218,
                Bedminster, NJ 07921-2694,    Telephone No: 908-234-3318
13939897      AT&T,   P. O. Box 8100,    Aurora, IL 60572-8100
14429700      AT&T Corp.,   C/O James Grudus, Esq.,    At&T Way Room 3A218,    Bedminster, NJ 07921
14247316     +AT&T Long Distance,   P.O. Box 5017,    Carol Stream, IL 60197-5017
13940142     +Abdallah Elayan,   32127 N. Alleghany,    Lakemoor, IL 60051-6631
13939892     +Active Alarm Co., Inc.,   561 Capital Drive,    Lake Zurich, IL 60047-6711
13940156     +Adam Chorazy,   32383 N. Mackinac Lane,    Lakemoor, IL 60051-6671
13940160     +Adrian Gluszek,   32471 N. Mackinac Lane,    Lakemoor, IL 60051-6670
13940086     +Ajay Makkuni & Ramya Vijay,    2060 Edgartown Lane,    Hoffman Estates, IL 60192-4636
14247338    #+Alexander Hamilton Institute, Inc.,    70 Hilltop Road,    Ramsey, NJ 07446-2816
13939893     +Alright Concrete Company,   C/O Zukowski, Rogers, Flood & McArdle,    50 Virginia Street,
                Crystale Lake, IL 60014-4126
14247310     +American Steel Services, Inc.,    840 Brian Drive,    Crest Hill, IL 60403-2482
13940085     +Amit & Ami Shah,   5979 Mackinac Lane,    Hoffman Estates, IL 60192-4632
13940023     +Amitava Ghosh & Viola Fernandes,    5923 Mackinac Lane,    Hoffman Estates, IL 60192-4632
13940149     +Andrew Christiansen,   32370 N. Allegheny Way,    Lakemoor, IL 60051-6633
13940118     +Andrew Pritchard & Deborah Sinnett,    2724 Woodworth Ave.,    Woodstock, IL 60098-2392
13940153     +Andy Recard,   C/O Richard J. Nakon,    121 E. Liberty St.,    Wauconda, IL 60084-1959
13940068     +Andy Wong & Rebecca Yu,   2209 Cabrillo Lane,    Hoffman Estates, IL 60192-4634
14247315     +Answer National,   P.O. Box 807,    Glen Ellyn, IL 60138-0807
13940058     +Anthony Spizzirri& Amy Mederich,    5929 Mackinac Lane,    Hoffman Estates, IL 60192-4632
13939894      Any Junk Inc.,   565 Dundee Ave.,    Elgin, IL 60120-3856
13940133     +Apurva & Rubha Yagnik,   1955 Norwich Ln.,    Bolingbrook, IL 60490-5513
13940065     +Arif & Kauser Girniwala,    2146 Cabrillo Lane,    Hoffman Estates, IL 60192-4633
13939896     +Art Nissen & Son Landscaping, Inc.,    1200 Jorie Blvd. Ste.329,    Oakbrook, IL 60523-2283
14944186     +Arthur Weiler, Inc,   12247 W. Russell Road,    Zion,IL 60099-9467
13939895     +Arthur Weiler, Inc.,   420 W. Clayton Street,    Waukegan, IL 60085-4216
13940069     +Ashish & Priya Vohra,   2086 Cabrillo Lane,    Hoffman Estates, IL 60192-4635
14477456     +Ashish Pandya & Hetal Nigade,    5912 Mackinag LN,    Hoffman Estates, IL 60192-4632
13940062     +Ashok & Anju Nair,   5935 Mackinac Lane,    Hoffman Estates, IL 60192-4632
13940051     +Ashok & Kokila Patel,   5972 Mackinac Lane,    Hoffman Estates, IL 60192-4632
13940095     +Audra D. Sullivan,   286 Wildmeadow Lane,    Woodstock, IL 60098-7624
13939898     +Aurelio & Sons Masonry, Inc.,    1109 Preserve Trail,    Bartlett, IL 60103-1634
13940076     +Badar & Nahella Shahid Munir,    5938 Betty Gloyd Drive,    Hoffman Estates, IL 60192-4627
14247326     +Bank of America,   P.O. Box 61000,    San Francisco, CA 94161-0001
15479568     +Beacon Pointe West,LLC,   Charles WM.Dobra,Ltd.,,    Attorney at Law,
                675 E. Irving Park Road Ste 100,    Roselle,IL 60172-2348
13940105     +Benjamin C. Geske,   142 Bloomfield Drive,    Woodstock, IL 60098-2312
14247320      Berger Excavating Contractors, Inc.,    1205 N. Garland Road,    Wauconda, IL 60084-1011
13940122     +Bianca Cox,   165 Bloomfield Drive,    Woodstock, IL 60098-2312
14247335     +Big Sky Balloons,   17320 S. Delia Avenue,    Plainfield, IL 60586-9216
13940056     +Binu & Leena Jose,   5860 Chatham Drive,    Hoffman Estates, IL 60192-4637
14247311     +Blue Cross Blue Shield of Illinois,    300 E. Randolph Street,    Chicago, IL 60601-5099
13940073     +Boevi & Ahlimba Lawson,   5932 Mackinac Lane,    Hoffman Estates, IL 60192-4632
15130031     +Bolingbrook Park District,   c/o Gina L. Madden and John Collen,    Tressler LLP,
                233 S. Wacker Dr., 22nd Fl.,    Chicago, Illinois 60606-6399
17724449      Bond Safeguard Ins. Co. & Lexon Ins. Co.,    c/o Kelly C. Griffith, Esq.,    Harris Beach PLLC,
                One Park Place, 4th Flr, 300 S. State St,    Syracuse, NY 13202
16495505     +Bradley A. Gillette,   279 Wildmeadow Lane,    Woodstock, IL 60098-7624
14676192     +Bradley J. Waller, Trustee,    Klein Stoddard Buck Waller etal,    2045 Aberdeen Court,
                Sycamore, IL 60178-3140
13940054     +Brett & Patricia Kaczorowski,    2106 Cabrillo Lane,    Hoffman Estates, IL 60192-4633
13939901     +Builders Lighting,   11400 Melrose Ave,    Franklin Park, IL 60131-1325
14291074     +Builders Lighting & Design Inc,    11400 Melrose Avenue,    Franklin Park, IL 60131-1325
13939902    #+CCR Tops Inc.,   2482 Technology Dr.,    Elgin, IL 60124-7925
13939903     +CDW,   200 N. Milwaukee Avenue,    Vernon Hills, IL 60061-1577
13940184     +Cass and Mickia Davis,   304 Stonegate Road,    Bolingbrook, IL 60440-3637
13940100     +Catherine Peters,   281 Wildmeadow Lane,    Woodstock, IL 60098-7624
13940084     +Chad & Wendy Ambroziak,   2149 Cabrillo Lane,    Hoffman Estates, IL 60192-4633
13940125     +Chanda & Tony Catchings,    1930 Moraine Road,    Bolingbrook, IL 60490-5604
14247305     +Charles Butera,   2218 Stonehaven,    Plainfield, IL 60586-8121
13939904     +Charlestowne Kitchen & Bath,    1519 East Main Street,    St. Charles, IL 60174-2391
14475016     +Charlestowne Kitchen & Bath Creditors Trust,    C/O Rally Capital Services, LLC,
                350 N. LaSalle St Suite 1100,    Chicago, IL 60654-5131
13940124     +Charmaine & Matthew Lowe,    1923 Moraine Road,    Bolingbrook, IL 60490-5605
13939905      Chase Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13940145     +Cheryl & Norma Wakefield,    32091 N. Allegheny Way,    Lakemoor, IL 60051-6663
13940139     +Christina Ford,   32222 N. Rockwell Drive,    Lakemoor, IL 60051-6603
13940036     +Christopher & Amanda Strobel,    5930 Chatham Drive,    Hoffman Estates, IL 60192-4638
13940123     +Christopher & Bridget Genardini,    1914 Norwich Lane,    Bolingbrook, IL 60490-5514
```

```
District/off: 0752-1           User: lhatch              Page 2 of 9                  Date Rcvd: Jul 12, 2012
                               Form ID: pdf006          Total Noticed: 378


13940002     #+Christopher Steponaitis,    2317 Dustin Drive,    Sycamore, IL 60178-8798
13939906      +Cintas Corporation #355,    5100 26th Avenue,    Rockford, IL 61109-1792
13939995      +City of Woodstock,    121 West Calhoun,    Woodstock, IL 60098-3218
14247328      +Classic Lawns, Inc.,    P.O. Box 8289,    Bartlett, IL 60103-8289
13939907      +Cleaning By Shari,    4418 Edinburg Ln,    Hanover Park, IL 60133-2955
14196975       Coleman Floor Company,    c/o Mark VanDonselaar-Attorney,
                Churchill, Quinn, Richtman & Hamilton, L,     25 Whitney street,     Grayslake, IL 60030
13940091      +Colleen Samen,    215 Macintosh Avenue,    Woodstock, IL 60098-7623
14247313      +Comcast Cable,    P.O. Box 3002,    Southeastern, PA 19398-3002
14233680      +Commercial Collection Corporation,     Po Box 288,    Tonawanda, NY 14151-0288
13939911      +Consolidated Garage Doors,    1870 Suncast Lane,    Batavia, IL 60510-1516
13940016       Cook County Treasurer,    P.O. Box 4468,    Carol Stream, IL 60197-4468
13939913      +CornerStone Material Recovery Inc.,     4172 Bull Valley Road,    McHenry, IL 60050-2206
13939912      +Cornerstone Appliance Service,    1750 Mission Hills Drive,     Elgin, IL 60123-6514
14798059      +Craig Miller,    13070 Bolender Road,    Orangeville, IL 61060-9745
13940059      +Craig Tabb,    5923 Betty Gloyd Drive,    Hoffman Estates, IL 60192-4627
13939914      +D&D Painting,    822 Lexington Circle,    Hanover Park, IL 60133-2717
13940070      +Dave & Mary Haughland,    2129 Cabrillo Lane,    Hoffman Estates, IL 60192-4633
14247307      +David Konen,    1710 Nippert Drive,    Streamwood, IL 60107-3058
13940064      +David Maas & Jill LaFoy,    5870 Chatham Drive,    Hoffman Estates, IL 60192-4637
13940021      +David Roan Low,    5947 Mackinac Lane,    Hoffman Estates, IL 60192-4632
13939997      +David Roller,    10425 Lawnfield Drive,    Huntley, IL 60142-2360
13940116      +David Torres,    3041 Braeburn Way,    Woodstock, IL 60098-2334
13939915      +De Lage Landen Financial Services,     P.O. Box 41602,    Philadelphia, PA 19101-1602
13939916      +DePinto Drywall & Painting,    1538 Brandy Pkwy,    Streamwood, IL 60107-1810
13940179      +Debbie and Robert Burak,    288 Stonegate Road,    Bolingbrook, IL 60440-3605
13940154      +Deborah & Carlos Cosca,    32483 N. Mackinac,    Lakemoor, IL 60051-6670
13940041     #+Dexter Chorpuz & Janice Carlos,     5961 Chatham Drive,    Hoffman Estates, IL 60192-4638
13940029      +Diane Janicki & Lena Raimondo,    2025 Bonita Lane,    Hoffman Estates, IL 60192-4628
13940060      +Diane Wilson & Nancy Peal,    2089 Cabrillo Lane,    Hoffman Estates, IL 60192-4635
13940048      +Dilip & Pratiksha Patel,    5931 Betty Gloyd Drive,    Hoffman Estates, IL 60192-4627
13940131      +Donald & Sharon Williams,    1942 Norwich Lane,    Bolingbrook, IL 60490-5514
14142354      +Donald Kirk Investment Company, LP,     c/o David Kirk,    5452 N. Magnolia Ave.,
                Chicago, IL 60640-1315
13939946      +Donald Kirk Investment Company, LP,     John P Sieger Kattten Muchin et al,    525 W Monroe St,
                Chicago, IL 60661-3629
13939945      +Donald L. Kirk,    1024 Hibbard Road,    Wilmette, IL 60091-1124
13940178      +Dora and Luis Pineda,    312 Stonegate Road,    Bolingbrook, IL 60440-3637
13940111      +Dorthea Stevens-Gilliland,    205 Fieldstone Drive,    Woodstock, IL 60098-2377
13940078      +Douglas & Donna Lehman,    5946 Chatham Drive,    Hoffman Estates, IL 60192-4638
13940174       Elana Wang,    262 Stonegate Road,    Bolingbrook, IL 60440
13940104      +Elizabeth & Brian Nelson,    280 Springwood Drive,    Woodstock, IL 60098-2378
13939998      +Elizabeth Mugnai,    931 Old Oak Circle,    Algonquin, IL 60102-3196
14247324      +Elmund & Nelson Company,    1510 Sheldon Drive,    Elgin, IL 60120-8133
13940088      +Eric & Kim-Anh Tran,    146 Tonell Avenue,    New Lenox, IL 60451-1929
13940097      +Eric J. Azarela,    290 Wildmeadow Lane,    Woodstock, IL 60098-7624
13939918      +Excel Companies, Inc.,    Concrete Division,    725 Armstrong,    Buffalo Grove, IL 60089-1885
14649725     ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court: Ford Motor Credit Company LLC,      P O  Box 537901,
                Livonia  MI   48153-9905)
14247333       Fast Signs,    1084 National Pkwy.,    Schaumburg, IL 60173-4519
13939919       FedEx,    P.O. Box 94515,    Palatine, IL  60094-4515
13939920       Fidelity Institutional Operations Co.,     P. O. Box 73307,    Chicago, IL  60673-7307
13939921      +Fireside,    14326 Collections Center Drive,    Chicago, IL 60693-0143
13939922      +First American Title Insurance Company,     27775 Diehl Road, Suite 200,
                Warrenville, IL 60555-4024
14247325       First Insurance Funding Corp.,    P.O. Box 66468,    Chicago, IL 60666-0468
14247309      +Foley & Lardner LLP,    321 North Clark Street,    Suite 2800,    Chicago, IL 60654-5313
13939924       Ford Credit,    P.O. Box 790093,    St. Louis, MO  63179-0093
13942255      +Ford Motor Credit Company LLC,    P O  Box 6275,    Dearborn,MI 48121-6275
13939925      +Foster/Premier Inc.,    750 W. Lake Cook Road,    Suite 190,    Buffalo Grove, IL 60089-2076
13940169      +Freeda Medina,    352 Stonegate Road,    Bolingbrook, IL 60440-3637
14399059      +Freeda Medina,et al.,,    C/O Howard B. Prossnitz,Esq.,     The Law Offices of Howard B. Prossnitz,
                200 W. Madison Street, Suite 2670,     Chicago, IL 60606-3497
13939926      +Fritz Landscape Company, Inc.,    P. O. Box 6013,    Wauconda, IL 60084-6013
13939927      +GE Appliances,    307 N. Hurstbourne Pkwy.,    Louisville, KY 40222-8597
14029802      +GE Consumer & Industrial,    F/K/A GE Appliances,    C/O Michael B. Bach, Esq.,
                11256 Cornell Park Drive, Suite 500,     Cincinnati, OH 45242-1832
13940176      +Gabriela and Antonio Gutierrez,     316 Stonegate Road,    Bolingbrook, IL 60440-3637
13939928      +Gerali Custom Design, Inc.,    1482 Sheldon Drive,    Elgin, IL 60120-8131
14247319      +Gewalt Hamilton Assoc., Inc.,    850 Forest Edge Drive,     Vernon Hills, IL 60061-3105
13940034      +Ghanshyam & Switu Patel,    5957 Chatham Drive,    Hoffman Estates, IL 60192-4638
13939929      +Ghezzi Masonry Construction,    P.O. Box 5152,    Lansing, IL 60438-5152
14247339     #+Gordon Stade,    41W368 Freeman Road,    Huntley, IL 60142-8021
13939931      +Groot Industries,    P.O. Box 92317,    Elk Grove Village, IL 60009-2317
14291324      +H.H. Holmes Testing Laboratories,     170 Shepard Avenue,    Wheeling, IL 60090-6093
13940013     ++HENRY THOMPSON,    38W299 HEATHERFIELD DR,    ELGIN IL 60124-8810
              (address filed with court: Henry Thompson,     28W299 Heatherfield,    Elgin, IL 60123)
13939938       HUB International Scheer’s,    601 Oakmont Lane,    Suite 400,    Westmont, IL 60559-5570
13940129      +Haibin Cao & Lihua Liu,    1939 Norwich Lane,    Bolingbrook, IL 60490-5513
```

```
District/off: 0752-1          User: lhatch              Page 3 of 9                   Date Rcvd: Jul 12, 2012
                              Form ID: pdf006           Total Noticed: 378

14247337       Hanley Wood,    P.O. Box 79415,    City of Industry, CA 91716-9415
13939932      +Harleysville Insurance Subrogation,     P.O. Box 226,    Harleysville, PA 19438-0226
14399150      +Harry Wolsky Inc, of Illinois,     Po Box 967,    Logan, OH 43138-0967
13939933      +Harry Wolsky, Inc. of IL,    547 Motherwell Avenue,     Logan, OH 43138-1649
13939934     #+Heights Glass & Mirror,    1040 Entry Drive,     Bensenville, IL 60106-3315
13939917     #+Heights Shelving Company,    200 Williams Street,      Bensenville, IL 60106-3325
13939935      +Heritage Plumbing Company,    2116 Stonington Avenue,     Hoffman Estates, IL 60169-2081
13940180     #+Herman Lofton and Nellie Collins-Lofton,     340 Stonegate Road,    Bolingbrook, IL 60440-3637
13939937      #Home Depot Credit Services,    P.O. Box 6031,    The Lakes, NV 88901-6031
13939957      +Howard B. Prossnitz, Esq.,    Law Offices of Howard B. Prossnitz,
                200 West Madison Street, Suite 2670,     Chicago, IL 60606-3497
13939939      +Huen Electric, Inc.,    1801 West 16th Street,     Broadview, IL 60155-3955
13940082      +Hussain Hasan,    5927 Betty Gloyd Drive,    Hoffman Estates, IL 60192-4627
14247336      +Ice Mountain,    6661 Dixie Highway, Suite #4,     Louisville, KY 40258-3950
13939941      +Illinois American Water,    P.O. Box 94551,    Palatine, IL 60094-4551
13939940      +Illinois Business Systems, Inc,     2808 Centre Circle,    Downers Grove, IL 60515-1773
13940031      +Imran Kahn & Lubna Fehmy,    2045 Bonita Lane,     Hoffman Estates, IL 60192-4628
13940159      +Inderjit Saini & Jasteen Dhanota,     32395 N. Mackinac Lane,    Lakemoor, IL 60051-6671
13939943       J B Concrete Contractors. Inc.,     P.O. Box 2797,    Naperville, IL   60567-2797
13939944      +J&H Realty,    165 W. Golf Road,    Schaumburg, IL 60195-3603
14615020      +J.B. Concrete Contractors, Inc.,     10 S. 312 Schoger Dr.,    Naperville, IL 60564-5643
13939990      +JP Morgan Chase - For Whirlpool Corp,     Attn: Lockbox 88129,    Whirlpool Corporation,
                131 S. Dearbourne 6th Floor,    Chicago, IL 60603-5570
14964275       JPMorgan Chase Bank, N.A., as Agent,     c/o Rosanne Ciambrone,    Duane Morris LLP,
                190 S. LaSalle Street, Suite 3700,     Chicago, IL 60603-3433
14459998       JPMorgan Chase Bank, N.A., as Agent,     c/o Rosanne Ciambrone,    Duane Morris LLP,
                190 South LaSalle Street, Suite 3700,     Chicago, IL 60603-3433
13940114      +James & Kristi Stahl,    348 Fieldstone Drive,     Woodstock, IL 60098-2388
13940055      +Jared Stout & Kellie Portillo,    5919 Betty Gloyd Drive,     Hoffman Estates, IL 60192-4627
13940143      +Jason & Colleen Conkling,    28100 W. Cape Cod Lane,     Lakemoor, IL 60051-6607
13940109      +Jeffrey & Manychanh Parsons,    2741 Braeburn Way,     Woodstock, IL 60098-2342
13940005      +Jeffrey Arnold,    809 Sycamore Drive,    Shorewood, IL 60404-2531
13940134      +Jennifer & Jamie Cerdenia,    1918 Norwich Lane,     Bolingbrook, IL 60490-5514
13940099     #+Jennifer Ericksen,    265 Wildmeadow Lane,    Woodstock, IL 60098-7624
13940162      +Jennifer Kurzer,    32444 N. Makinac Lane,    Lakemoor, IL 60051-6670
13940140      +Jennifer and Timothy Evans,    32060 N. Rockwell Drive,     Lakemoor, IL 60051-6604
13940026      +Jessica & Douglas Goczkowski,     5880 Chatham Drive,    Hoffman Estates, IL 60192-4637
13940094      +Jesus L. Flores,    211 Macintosh Avenue,    Woodstock, IL 60098-7623
13940132      +Joann Christmas,    1922 Norwich Lane,    Bolingbrook, IL 60490-5514
13940012      +John Matustik,    1091 Grayhawk Drive,    Algonquin, IL 60102-6323
13940090      +John Schreiber,    273 Wildmeadow Drive,    Woodstock, IL 60098-7624
13940177      +Jonathan and Kun Hicks,    268 Stonegate Road,     Bolingbrook, IL 60440-3605
13940157      +Jordan Harrison,    32472 Mackinac Lane,    Lakemoor, IL 60051-6670
13940053      +Joseph & Neely Sadowski,    5940 Chatham Drive,     Hoffman Estates, IL 60192-4638
13940113      +Joseph Campbell,    3030 Braeburn Way,    Woodstock, IL 60098-2334
13940071      +Joseph Sunoo & Christine Cheong,     2065 Bonita Lane,    Hoffman Estates, IL 60192-4628
13940066      +Juan Cajigas & Magdelena Martinez,     5983 Mackinac Lane,    Hoffman Estates, IL 60192-4632
13940161      +Julie Fetingis,    C/O: Richard Nakon & Associates,     121 E Liberty St,    Wauconda, IL 60084-1959
13940081      +Juma Khan,    5942 Betty Gloyd Drive,    Hoffman Estates, IL 60192-4627
13940112      +Justen & Ashley Lehr,    189 Bloomfield Drive,     Woodstock, IL 60098-2312
13940017      +Kane County Treasurer,    719 Batavia Avenue,     Geneva, IL 60134-3000
13940027      +Kathleen & Matthew Barnes,    2009 Cabrillo Lane,     Hoffman Estates, IL 60192-4635
13940052      +Kelly Collen Holt,    2086 Cabrillo Lane,    Hoffman Estates, IL 60192-4635
13940138      +Kelly Maloney,    32024 N. Rockwell Blvd.,    Lakemoor, IL 60051-6604
13940155      +Kimberly & Adam Botts,    32399 N. Mackinac Lane,     Lakemoor, IL 60051-6671
13940187      +Kimberly and Robert Kopach,    300 Stonegate Road,     Bolingbrook, IL 60440-3637
13940148      +Kristy Kramer,    32451 Mackinac Lane,    Lakemoor, IL 60051-6670
13939949      +L.B. Andersen & Co., Inc.,    220 Honey Lake Court,     Barrington, IL 60010-2496
13940037      +Lady May Panelo,    5930 Chatham Drive,    Hoffman Estates, IL 60192-4638
14247321      +Landmark Contractors, Inc.,    11916 W. Main Street,     Huntley, IL 60142-9703
13940188       Laura and William Raceala,    3120 Stonegate Road,     Bolingbrook, IL 60440
14960394      +Lawerence J. Howard for,    Freedmon Title Corporation,     2260 Hicks Road #415,
                Rolling Meadows, IL 60008-1219
13939950      +Lenny Szarek,    Zanek,Coen & Wright P.C.,    40 Brink St,    Crystal Lake, IL 60014-4371
13940067      +Liangliang Song & Lei Meng,    5959 Chatham Drive,     Hoffman Estates, IL 60192-4638
13939951      +Lik Nu Porcelain of IL,    179 Woodbury Rd.,    Hicksville, NY 11801-3049
14247312      +Lincoln Financial Group,    8801 Indian Hill Dr.,     Omaha, NE 68114-4066
13939999      +Lisa Schmultd,    W2986 State Highway 33,    Iron Ridge, WI 53035-9711
13940107      +Louise & Neil Crozier,    250 Springwood Drive,     Woodstock, IL 60098-2378
13940010      +Luis Encarnacion,    766 Buckingham Court,    Hoffman Estates, IL 60169-2704
13939956      +M. Ecker & Company of IL,    Columbia Centre III,     9525 West Bryn Mawr Avenue,    Suite 900,
                Rosemont, IL 60018-5264
14024217      +M.A.T. Enterprises, Inc. d/b/a Consolidated Garage,     c/o Martin D. Tasch,
                1200 Jorie Blvd - Suite 329,    Oak Brook, IL 60523-2283
14247332      +MD Clean,    169 Dickens Trail,    Elgin, IL 60120-5207
13939952       Macke Water Systems,    P. O. Box 545,    Wheeling, IL  60090-0545
13939953      +Mackie Consultants,    9575 West Higgins Road,     Suite 500,    Rosemont, IL 60018-4919
14235698       Mackie Consultants, L.L.C.,    9757 W. Higgins Road Ste 500,     Rosemont, IL 60018
14287873       Mackie Consultants, LLC,    c/o Martin T. Burke,     9757 W. Higgins Road, Ste. 500,
                Rosemont, Illinois 60018
```

```
District/off: 0752-1          User: lhatch              Page 4 of 9              Date Rcvd: Jul 12, 2012
                              Form ID: pdf006           Total Noticed: 378


14247318      +Maier Precast,    1905 Marketview Drive,    Suite 316,    Yorkville, IL 60560-1896
13939923      +Majestic Distributing Co., Inc.,    1255 Bowes Road,    Elgin, IL 60123-5542
13939954      +Marble Works,    1601 LaFox,    South Elgin, IL 60177-1247
13940146      +Marc & Gabriella Wade,    32067 N. Allegheny Way,    Lakemoor, IL 60051-6663
13940049      +Marek Popiel,    5911 Mackinac Lane,    Hoffman Estates, IL 60192-4632
13940175      +Maria G. and Jorge Martinez,    344 Stonegate Road,    Bolingbrook, IL 60440-3637
13940135      +Maria Suzanna & Dyn carl Chan San Luis,    1939 Moraine Road,    Bolingbrook, IL 60490-5605
13940075      +Mark & Maria Soria,    5924 Mackinac Lane,    Hoffman Estates, IL 60192-4632
13940014      +Mark Rank,   1262 Walnut Glen,    Crystal Lake, IL 60014-6843
14267859      +Mark Rank,   2413 W. Algonquin Rd. Ste#311,    Algonquin, IL 60102-9402
13940035      +Martin & Viviane Raguso,    2049 Cabrillo Lane,    Hoffman Estates, IL 60192-4635
13940127      +Marvin & Johnabel Ambrosio,    1946 Norwich Lane,    Bolingbrook, IL 60490-5514
13940006      +Mary Ann Gorog,    14177 Saffron Trail,    Huntley, IL 60142-6325
13939955      +Material Steel Services Inc.,    P. O. Box 464,    Huntley, IL 60142-0464
13940102      +Matthew F. Kinert,    293 Wildmeadow Lane,    Woodstock, IL 60098-7624
13940018      +McHenry County Collector,    2200 N. Seminary Ave.,    Woodstock, IL 60098-2698
13939958      +Metro Glass & Mirror Inc.,    1547 Bourbon Parkway,    Streamwood, IL 60107-1836
13939963      +Michael A. Prate, Inc.,    1120 N. Rand Rd.,    Wauconda, IL 60084-1174
13940171      +Michael J. Toles, Jr.,    308 Stonegate Road,    Bolingbrook, IL 60440-3637
13940093      +Michael Kroyer & Amy Bolinder,    221 Macintosh Avenue,    Woodstock, IL 60098-7623
13940121      +Michael Piccone,    2720 Braeburn Way,    Woodstock, IL 60098-2342
14798061      +Michael Pitstick,    1708 Hannaford Drive,    Sugar Grove, IL 60554-9360
13940061      +Michael Saczawski & Paola Giovagnoli,     5918 Betty Gloyd Drive,    Hoffman Estates, IL 60192-4627
13940158      +Michal Wiechec,    32476 Mackinac Lane,    Lakemoor, IL 60051-6670
13940011      +Michele Blasco,    C/O Kelley,Kelley & Kelley,    1535 West Schaumburg Rd.,    Suite 204,
                Schaumburg, IL 60194-4042
14276008      +Mike Winters Ltd,    d/b/a Winters Nursery and Landscapint,    50W410 Marcy Road,
                Sycamore, IL 60178-6035
13940190      +Mildred and James Sutton,    276 Stonegate,    Bolingbrook, IL 60440-3605
13940043      +Miroslaw & Bogumilia Owca,    5943 Chatham Drive,    Hoffman Estates, IL 60192-4638
13940028      +Mohammed & Wajiha Ahmed,    2029 Cabrillo Lane,    Hoffman Estates, IL 60192-4635
13940087      +Mohammed Ali,    2069 Cabrillo Lane,    Hoffman Estates, IL 60192-4635
15364442       Mohammed Ali Khaja,    5973 Mackinac Lane,    Hoffman Estates, IL 60192-4632
13940057      +Monica Kowallik,    5952 Mackinac Lane,    Hoffman Estates, IL 60192-4632
13940045      +Muhammed Khan,    5910 Betty Gloyd Drive,    Hoffman Estates, IL 60192-4627
13940108      +Natalie & Robert White,    252 Fieldstone Drive,    Woodstock, IL 60098-2377
13940172      +Neetu and Alex A. Varghese,    348 Stonegate Road,    Bolingbrook, IL 60440-3637
13940126      +Nelson & Rafaelita Chutuape,    533 Sonoma Drive,    Bolingbrook, IL 60490-5512
14796050      +Neptune Construction Company, Inc.,    Three Way Leasing, LLC/Taybro Leasing,LP,
                Neptune Construction Company, Inc Credit,    C/O Rally Capital Services, LLC,
                350 n. LaSalle St Ste 1100,    Chicago, IL 60654-5131
13940151      +Nicholas Beattie & Pamela Kosniewski,    32394 Mackinac Lane,    Lakemoor, IL 60051-6671
13940150      +Nicole Gassman,    28037 W. Niagara Street,    Lakemoor, IL 60051-6669
13940050      +Nina Jimenez & Joseph Bael,    5963 Mackinac Lane,    Hoffman Estates, IL 60192-4632
14284831     #+Northwest Insulation,    1615 Dundee Ave. Unit I,    Elgin, IL 60120-1620
13939960      +Northwest Insulation,    P.O. Box 163574,    Columbus, OH 43216-3574
14275311     #+Northwestern Insulation,     1615 Dundee Ave. Unit I,    Elgin, IL 60120-1620
13939961     #+Nuline Technologies,    520 Quail Hollow Drive,    Wheeling, IL 60090-3226
13940120       +Otilia Flores,    255 Springwood Drive,    Woodstock, IL 60098-2378
13940033       +Otto & Roanne Dunaway,    5955 Chatham Drive,    Hoffman Estates, IL 60192-4638
13940072       +Paramjit Aast,    5934 Betty Gloyd Drive,    Hoffman Estates, IL 60192-4627
14552250       +Patrick A. Forde,    Majella G. Forde,    389 Evergreen Circle,    Gilberts, IL 60136-4050
14615065       +Patriot Concrete & Asphalt, LLC.,    10 S. 312 Schoger Dr.,    Naperville, IL 60564-5643
14247322       +Peter Baker & Son Co.,    P.O. Box 187,    Lake Bluff, IL 60044-0187
13940128       +Phyllis Beam & John Sharrow,    532 Sonoma Drive,    Bolingbrook, IL 60490-5606
14247323       +Plote Construction, Inc.,    1100 Brandt Drive,    Hoffman Estates, IL 60192-1676
14290960       +Prate Installations, Inc.,    1120 N. Rand Rd.,    Wauconda, IL 60084-1174
14247327       +Prime Cut Lawn Care,    61 Stonehill Road, Unit E,    Oswego, IL 60543-9449
13939965       +Professional Drywall & Decorating LLC,    4211 Wildwood Drive,    Crystal Lake, IL 60014-2425
14283031       +Professional Drywall and Dec LLC,    7156 W. 127th St., Suite 287,    Palos Heights, IL 60463-1560
13939964       +Professional Plumbing, Inc.,    1435 S. Barrington Rd.,    Barrington, IL 60010-5205
14247317       +Public Storage,    1550 Old Church Road,    Streamwood, IL 60107-1800
13939966       +R & D Thiel Inc,    2340 Newburg Road,    Belvidere, IL 61008-7842
13940040       +Raj & Kinjal Patel,    5949 Chatham Drive,    Hoffman Estates, IL 60192-4638
15120256       +Rajendra and Manisha Patel,    C/O their attorney, Arthur Allen,    400 East Chicago,
                Elgin, IL 60120-5716
13940038       +Ramil & Cheryl Quijano,    5951 Chatham Drive,    Hoffman Estates, IL 60192-4638
13940183       +Remy and Nelson Comoda,    275 Stonegate Road,    Bolingbrook, IL 60440-3604
13940144       +Renee Santellano,    32187 N. Allegheny Way,    Lakemoor, IL 60051-6631
13939967       +Residential Steel Fabricators,    1555 Gilpen Avenue,    South Elgin, IL 60177-1211
13940101       +Richard Gauthier,    283 Wildmeadow Lane,    Woodstock, IL 60098-7624
13940141       +Rick Aguilar & Alexis Alopogianis,    28038 Homestead Court,    Lakemoor, IL 60051-6662
13940042       +Rico & Ligaya Angulo,    2066 Cabrillo Lane,    Hoffman Estates, IL 60192-4635
14247304       +Robert Akers,    25250 Wayside Place,    Lake Villa, IL 60046-9123
13940015       +Robin Straus,    1535 West Schaumburg Rd Ste 204,    Schaumburg, IL 60194-4042
14302372       +Rockwell Utilities LLC,    201 Juniper Circle,    Streamwood, IL 60107-1824
13940191       +Rogelio, Elveza and Lee Jameson Toong,    272 Stonegate,    Bolingbrook, IL 60440-3605
13940044       +Roman & Iryna Panchyshyn,    5943 Chatham Drive,    Hoffman Estates, IL 60192-4638
13940164        Ronald & Emily Pallek,    32374 N. Mackinac Lane,    Lakemoor, IL  60051
```

```
District/off: 0752-1           User: lhatch              Page 5 of 9                   Date Rcvd: Jul 12, 2012
                               Form ID: pdf006           Total Noticed: 378


13939968      +Roseglen Condominium Association,    C/O Flaherty, Jacobson & Youngerman, PC,
                134 North LaSalle Street, Suite 1600,    Chicago, IL 60602-1159
13940166      +Roseglen Condominium Association,    c/o Flaherty, Jacobson, Youngerman,
                134 North LaSalle Street, Suite 1600,    Chicago, IL 60602-1159
13940167      +Royce Realty and Management Co.,    1000 Royce Boulevard,    Oakbrook Terrace, IL 60181-4809
13940189      +Ruby and Larry Stamps,    284 Stonegate Road,    Bolingbrook, IL 60440-3605
13940163      +Ryan Darr,    32456 Mackinac Lane,    Lakemoor, IL 60051-6670
13939969      +Ryan, Incorporated Central,    Box 206,    Janesville, WI 53547-0206
14247308      +Ryland Homes,    1141 E. Main Street,    Suite 108,    East Dundee, IL 60118-2440
13939971      +SCE Unlimited, Inc.,    Peter J. Scmidt,Polsinelli Shughart P.C.,    180 N. Stetson Ave., Ste.4525,
                Chicago,IL 60601-6733
15878684      +Sally Jo Beck,    3728 Canton Circle,    Mundelein,IL 60060-6035
13940182      +Salvador Chavira,    232 Stonegate Road,    Bolingbrook, IL 60440-3605
13940089      +Samuel Kanneh,    1 Bosi Court,    Bolingbrook, IL 60490-5490
13940117      +Sara & Alex Baker,    217 Fieldstone,    Woodstock, IL 60098-2377
13940074      +Satish & Jagruti Patel,    2126 Cabrillo Lane,    Hoffman Estates, IL 60192-4633
15151437      +Scarlet Glow Heating & Cooling Co.,    C/O Jay Rustman,    490 Ridge Field Drive,
                Roselle,IL 60172-2831
13939970      +Scarlet Glow Heating & Cooling Company,    191 Covington Dr.,    Bloomingdale, IL 60108-3107
13939972      +Schroeder Asphalt Services, Inc.,    P. O. Box 831,    Huntley, IL 60142-0831
13940083      +Sean & Valerie Breslin,    2169 Cabrillo Lane,    Hoffman Estates, IL 60192-4633
13940092      +Seigried & Katherine Lechner,    291 Macintosh Avenue,    Woodstock, IL 60098-7623
13939973      +Service Drywall & Decorating,    300 E. Roosevelt Rd,    Wheaton, IL 60187-1908
14291231      +Service Drywall & Decorating Company,    300 E. Rossevelt Rd Ste 300,    Wheaton, IL 60187-1908
13940004      +Shellie Hyslop,    10777 Capitol Lane,    Huntley, IL 60142-4002
14721236      +Shepard Schwartz & Harris LLP,    Attn: Richard Pearlman,    123 N. Wacker Dr. Suite 1400,
                Chicago, IL 60606-1700
13939974      +Shepard, Schwartz & Harris LLP,    123 North Wacker Drive,    Chicago, IL 60606-1700
13940047      +Shital Patel & Ami Thaker,    5915 Betty Gloyd Drive,    Hoffman Estates, IL 60192-4627
13939976      +Siltmaster, Inc.,    William Becker Jr.,    1280 Alexandra Blvd.,    Crystal Lake, IL 60014-1948
13939977      +Simply Self Storage - Elgin,    450 Airport Road,    Elgin, IL 60123-9333
13940032      +Sonia Beltran-Salazar Luis Salazar-Ortiz,    5953 Chatham Drive,    Hoffman Estates, IL 60192-4638
13940009      +Stacy Barham,    26052 Catfish Drive,    Wilmington, IL 60481-9476
13940098      +Stephanie L. Miller,    225 Macintosh Avenue,    Woodstock, IL 60098-7623
13939978      +Sterling Valuation,    120 West Madison Street,    Suite 902,    Chicago, IL 60602-4152
13940046      +Steve & Jenny LaVergne,    5914 Betty Gloyd Drive,    Hoffman Estates, IL 60192-4627
13940039      +Steven Hoover & Nicole Palas,    5930 Betty Gloyd Drive,    Hoffman Estates, IL 60192-4627
14247329      +Stevens & Tate, Inc.,    1900 Highland Avenue,    Suite 200,    Lombard, IL 60148-4998
13940077      +Sukhev & Nieraj Singh,    5971 Mackinac Lane,    Hoffman Estates, IL 60192-4632
13939981      +Sund Masonry Inc.,    116 Birch Lane,    Cary, IL 60013-1002
13939985      +T. Manning Concrete, Inc.,    14212 Washington Street #200,    Woodstock,IL 60098-9463
14965689      +Tempco Heating & Air Conditioning,    3050 North Kennicott,    Arlington Heights, IL 60004-1959
13939982      +Tempco Heating & Air Conditioning Co,    3050 N. Kennicott,    Arlington Heights, IL 60004-1959
13940106     #+Teri & Jason Rud,    324 Fieldstone Drive,    Woodstock, IL 60098-2388
13940001      +Terry Caithamer,    1104 Natalie Court,    Naperville, IL 60540-1907
14456341      +Terry Maier,individually and d/b/a Maier Precast,     Law Offices of Daniel J. Krammer,
                Attn: Kelly A. Kramer,    1107A South Bridge St.,    Yorkville,IL 60560-1747
15478721      +The Kirk Corporation,    Charles Wm Dobra, Ltd.,    Attorney at Law,
                675 E. Irving Park Road Ste 100,    Roselle,IL 60172-2348
16658299      +The Travelers Indemnity Company and It’s Afiliates,     C/O RMS Bankruptcy Recovery Services,
                Po Box 5126,    Timonium, Maryland 21094-5126
13940063      +Thomas & Tamara Galos,    5935 Mackinac Lane,    Hoffman Estates, IL 60192-4632
13940103      +Thomas Manning,    277 Wildmeadow Lane,    Woodstock, IL 60098-7624
13939983      +Ticor Title Insurance Company,    NTS Chicago,    203 N. LaSalle Street, Suite 2200,
                Chicago, IL 60601-1261
13939984      +Tim Cote Inc.,    1075 Manito Trail,    Algonquin, Il 60102-3740
13940137      +Tim Fulghum & Kim Fulton-Fulghum,    32137 N. Rockwell Drive,    Lakemoor, IL 60051-6602
13940079      +Timothy & Tammy Scheibe,    2109 Cabrillo Lane,    Hoffman Estates, IL 60192-4633
13940003      +Timothy Brown,    302 Newport Lane,    Bartlett, IL 60103-7945
13940170      +Timothy and Gina Hutton,    752 Melissa,    Bolingbrook, IL 60440-2557
13940007      +Todd Johnson,    705 Oriole Drive,    Streamwood, IL 60107-2037
13940181      +Tomas and Leticia Herrera,    364 Stonegate Road,    Bolingbrook, IL 60440-3637
13940110      +Toni & Jason Holtz,    2991 Braeburn Way,    Woodstock, IL 60098-2358
13940119     #+Tony & Maria Mosley,    190 Bloomfield Drive,    Woodstock, IL 60098-2312
13940152      +Tracy Klean,    32391 N. Mackinac,    Lakemoor, IL 60051-6671
13939987      +U.S Post Company,    2701 N. U.S. Hwy 12,    Suite A,    Spring Grove, IL 60081-7815
13939986       U.S. Postal Service,    CMRS-POC,    P. O. Box 0575,    Carol Stream, IL  60132-0575
13940022      +Urandari Galsan & Mustapha Kherbane,    5961 Mackinac Lane,    Hoffman Estates, IL 60192-4632
13939988      +V3 Companies,    7325 Janes Avenue,    Suite 100,    Woodridge, IL 60517-2256
13940080      +Venkata Ramesh Yannamsetty,    5916 Mackinac Lane,    Hoffman Estates, IL 60192-4632
13939989      +Veruna LLC,    Attn: Nancy D’Andrea,    43 W 900 IL Route 64,    Maple Park, IL 60151-8599
13939900      +Village of Bolingbrook,    375 West Briarcliff,    Bolingbrook, IL 60440-3829
13939936      +Village of Hoffman Estates (Fire Dept),    1900 Hassell Road,    Hoffman Estates, IL 60169-6302
13939980      +Village of Streamwood - Water,    301 E. Irving Park Road,    Streamwood, IL 60107-3096
14247330      +Vital Signs,    118 Bushthron Dr.,    Elwood, IL 60421-6081
13940115      +Vivi & Ara Karnouzian,    208 Fieldstone,    Woodstock, IL 60098-2377
13940024      +Viviana Lopez & Jason Schmitt,    5929 Chatham Drive,    Hoffman Estates, IL 60192-4638
14286335      +Whirlpool Corp.,    Kevin C Driscoll,    C/O Barnes & Thornburg,    1 N. Wacker #4400,
                Chicago, IL 60606-2841
```

```
District/off: 0752-1           User: lhatch                Page 6 of 9                   Date Rcvd: Jul 12, 2012
                               Form ID: pdf006             Total Noticed: 378

13939991      +Wilkor Construction Inc.,    C/O David E. Cohen, P.C.,    55 West Monroe Street Ste 600,
               Chicago, IL 60603-5091
13940019       Will County Treasurer,    302 N. Chicago Street,    Joliet, IL 60432-4059
13940096      +William J. Lintner,    282 Wildmeadow Lane,    Woodstock, IL 60098-7624
13939992       Williams Scotsman, Inc.,    P.O. Box 91975,    Chicago, IL 60693-1975
13939994      +Winters Nurseries,    50W410 Marcy Road,    Sycamore, IL 60178-6035
13940192      +Wisniewski Ag-Vest, L.P.,    C/O Clarence & Elizabeth Wisniewski,    3S 854 Finley Road,
               Sugar Grove, Illinois 60554-9662
13940193      +Wisniewski Ag-Vest, L.P.,    c/o Fred Dickson, Dickson & Hasenbalg,
               2000 West Galena Blvd., Suite 305,    Aurora, IL 60506-4485
14247314      +Wrona Bros Inc.,    205 East Chicago St.,    Elgin, IL 60120-6593
13940130      +Xianjic Yu,   1923 Norwich Lane,    Bolingbrook, IL 60490-5513
13940173      +Xinhui Ma and Hong Wang,    356 Stonegate Road,    Bolingbrook, IL 60440-3637
14798060      +Young's Grain Farm, Inc,    Po Box 8084,    Elburn, IL 60119-8084
14287036       c/o Martin T. Burke,    Mackie Consultants, L.L.C.,    9757 W. Higgins, Road, STE 500,
               Rosemont, Illinois 60018
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13939899      +E-mail/Text: blanchardelectrical@comcast.net Jul 13 2012 01:00:19
               Blanchard Electrical Contractors, Inc,    920 W. Prairie Drive,    Suite I,
               Sycamore, IL 60178-3123
14335296      +E-mail/Text: lbankruptcy@cookcountytreasurer.com Jul 13 2012 01:32:47
               COOK COUNTY TREASURER'S OFFICE,    LEGAL DEPARTMENT,    118 NORTH CLARK STREET - ROOM 112,
               CHICAGO, IL 60602-1332
13939910       E-mail/Text: legalcollections@comed.com Jul 13 2012 00:58:34       ComEd,    P.O. Box 6111,
               Carol Stream, IL  60197-6111
13939909      +E-mail/Text: legalcollections@comed.com Jul 13 2012 00:58:34       ComEd,    Three Lincoln Center,
               Oak Brook Terrace, IL 60181-4204
14301858      +E-mail/Text: legalcollections@comed.com Jul 13 2012 00:58:34       ComEd Co.,    2100 Swift Drive,
               Attn: Bankruptcy Section,    Oakbrook, IL 60523-1559
13947656      +E-mail/Text: ally@ebn.phinsolutions.com Jul 13 2012 01:00:06       GMAC,    P O Box 130424,
               Roseville, MN 55113-0004
13939930      +E-mail/Text: admin@lynngiannini.com Jul 13 2012 01:00:10       Giannini Construction Company, Inc.,
               P.O. Box 310,    Cary, IL 60013-0310
14480492       E-mail/Text: cio.bncmail@irs.gov Jul 13 2012 00:53:04       Internal Revenue Service,
               P.O. Box 21126,    Philadelphia, PA   19411
13939948      +E-mail/Text: BK.Notifications@jpmchase.com Jul 13 2012 00:56:53       JPMorgan Chase Bank,
               AZ1 - 1009 Attn: Chriss Jennings,    201 N. Central Avenue,    Phoenix, AZ 85004-0073
13940020       E-mail/Text: idiaz2@co.lake.il.us Jul 13 2012 00:59:36       Lake County Collector,
               18 N. County Street, Suite 102,    Waukegan, IL 60085-4361
13939959       E-mail/Text: bankrup@nicor.com Jul 13 2012 00:55:23       Nicor,    P. O. Box 0632,
               Aurora, IL   60507-0632
14975983      +E-mail/Text: bankrup@nicor.com Jul 13 2012 00:55:23       Nicor Gas,    PO Box 549,
               Aurora IL 60507-0549
13940168      +E-mail/Text: james.carroll@standardbanks.com Jul 13 2012 01:01:05
               Standard Bank and Trust Company,    Land Trust No. 18961,    7800 West 95th,
               Hickory Hills, IL 60457-2298
14029767      +E-mail/Text: ardubon@willscot.com Jul 13 2012 00:58:43       Williams Scotsman, Inc,
               8211 Town Center DR,    Baltimore, MD 21236-5904
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Meltzer, Purtill & Stelle LLC
14209534       Berger Excavating Contractors, Inc.
14530363       JB Concrete Contractor, Inc.
14736867       Office of the U.S. Trustee
14530364       Patriot Concrete & Asphalt, LLC
13940165*     +Andy Recard,    C/O Richard J. Nakon,    121 E. Liberty St.,    Wauconda, IL 60084-1959
14630805*     +Ford Motor Credit Company LLC,    PO Box 6275,    Dearborn,MI 48121-6275
14973199*     +Illinois Business Systems,    2808 Centre Circle,    Downers Grove, IL 60515-1773
14973612*     +Illinois Business Systems,    2808 Centre Circle,    Downers Grove, IL 60515-1773
14964317*      JPMorgan Chase Bank, N.A., as Agent,    c/o Rosanne Ciambrone,    Duane Morris LLP,
               190 S. LaSalle Street, Suite 3700,    Chicago, IL 60603-3433
14288015*      Mackie Consultants, LLC,    c/o Martin T. Burke,    9757 W. Higgins Road, Ste. 500,
               Rosemont, Illinois 60018
13940030*     +Mohammed & Wajiha Ahmed,    2029 Cabrillo Lane,    Hoffman Estates, IL 60192-4635
14721300*     +Shepard, Schwartz & Harris LLP,    123 North Wacker Drive,    Chicago, IL 60606-1700
14351194*     +The Kirk Corporation,    201 Juniper Circle,    Streamwood, IL 60107-1824
14387741*     +Timothy & Tammy Scheibe,    2109 Cabrillo LN,    Hoffman Estates, IL 60192-4633
13939891     ##+1st Choice Drywall, Inc.,    5620 W. 120th Street,    Alsip, IL 60803-3410
13939996     ##+Ann Welninski,    4125 Meadow View Drive,    St. Charles, IL 60175-5654
13939908     ##+Coleman Floor Company,    1331 Davis Road,    Elgin, IL 60123-1319
13940008     ##+Cyndi Sedlak,    902 Kelly Lane,    Sycamore, IL 60178-9509
14247306     ##+Cynthia Dahlstrom,    371 Madison Drive,    Streamwood, IL 60107-1267
13939942     ##+Inland Electric Corp.,    611 W. Jefferson St.,    Shorewood, IL 60404-3772
14284711     ##+Inland Electric Corp.,    Attn: Pasquale Selvaggio,    611 W. Jefferson Street,
               Shorewood, IL 60404-3772
13940147     ##+Javier Quinones,    32378 N. Allegheny Way,    Lakemoor, IL 60051-6633
13939947     ##+Jim Link Services, Inc.,    540 Capital Drive,    Suite 100,    Lake Zurich, IL 60047-6754
13940136     ##+Kevin & Lisa Dunne,    31981 N. Rockwell Ct.,    Lakemoor, IL 60051-6600
```

```
District/off: 0752-1          User: lhatch            Page 7 of 9            Date Rcvd: Jul 12, 2012
                              Form ID: pdf006         Total Noticed: 378

            ***** BYPASSED RECIPIENTS (continued) *****
13940185    ##+Khaja Khan,    215 Bayview Street, Apt. 130,    San Rafael, CA 94901-4977
13940000    ##+Michelle Kirch,    81 Breckenridge Drive,    Aurora, IL 60504-5260
13940186    ##+Min and Suk Kim,    244 Stonegate Road,    Bolingbrook, IL 60440-3605
13940025    ##+Paige & Jeremy Crist,    5933 Chatham Drive,    Hoffman Estates, IL 60192-4638
13939962     ##Patriot Concrete & Asphalt,    P.O. Box 2256,    Naperville, IL  60567-2256
14247331    ##+Qualityscapes,    1640 Shanahan Dr.,    South Elgin, IL 60177-2277
14247334    ##+Sharon Windle, Inc.,    1211 W. 22nd Street, Suite 610,    Oak Brook, IL 60523-3219
13939975    ##+Siebert Engineers Inc.,    4951 Indiana Avenue,    Suite 100,    Lisle, IL 60532-3843
13939979    ##+Stock Building Supply,    Attn: Accounts Receivable Dept,    1331 Davis Road,
              Elgin, IL 60123-1319
13939993    ##+Wingren's Landscape,    715 N. Independence Blvd,    Romeoville, IL 60446-1131
                                                                              TOTALS: 5, * 10, ## 20
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2012**                **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: lhatch                Page 8 of 9               Date Rcvd: Jul 12, 2012
                               Form ID: pdf006            Total Noticed: 378
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2012 at the address(es) listed below:

          Alan P. Solow    on behalf of Interested Party    Cole Taylor Bank alan.solow@dlapiper.com,
           docketingchicago@dlapiper.com;oksana.koltko@dlapiper.com
          Andrew White    on behalf of Interested Party    The Wisniewki / Ag-Vest L.P.; Ag-Vest, Inc.
           awhite@d-hlaw.com
          Arthur G Simon    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           asimon@craneheyman.com, gbalderas@craneheyman.com;sclar@craneheyman.com
          Bradley J Waller    on behalf of Creditor    Blanchard Electrical Contractors Inc. bwaller@ksbwl.com,
           vmaurer@ksbwl.com
          Carrie A. Dolan    on behalf of Creditor    Mackie Consultants, L.L.C. cdolan@cohonraizes.com
          Christopher H Purcell    on behalf of Creditor    CAB WEST LLC shermlaw13@aol.com
          Corey S Berman    on behalf of Creditor    Board of Managers of Roseglen Condominium Association
           cwcsb1@sbcglobal.net
          David K Welch    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           dwelch@craneheyman.com, gbalderas@craneheyman.com;jdan@craneheyman.com
          David L Kane    on behalf of Creditor    Meltzer, Purtill & Stelle LLC dkane@mpslaw.com,
           dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
          David O. Yuen    on behalf of Creditor    Village of Bolingbrook dyuen@tresslerllp.com,
           jborcia@tresslerllp.com;tresslerdocket@tresslerllp.com
          David P Leibowitz    on behalf of Creditor    Arthur Weiler Inc dleibowitz@lakelaw.com,
           czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
          Dennis M Sbertoli    on behalf of Creditor Gregory Jerantowski dsbert4978@aol.com
          Derek Johnson    on behalf of Creditor    Service Drywall & Decorating, Inc.
           djohnson@rathjewoodward.com, kjohnson@rathjewoodward.com,rpeck@rathjewoodward.com,
          Donald J. Kindwald    on behalf of Attorney    American Family Mutual Insurance Company
           djk@kindwaldlaw.com, sko@kindwaldlaw.com
          Elizabeth E Greene    on behalf of Creditor    Mackie Consultants, L.L.C. egreene@cohonraizes.com
          Forrest B Lammiman    on behalf of Debtor    Apple Creek Estates, LLC flammiman@mpslaw.com,
           dkane@mpslaw.com;srogovin@mpslaw.com;dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
          Geoffrey A Belzer    on behalf of Cross Defendant    The Kirk Corporation Employee Stock Ownership
           Plan geoffrey.belzer@wilsonelser.com, ida.varriale@wilsonelser.com
          James A Young    on behalf of Creditor Victor Toth jyoung@youngbklaw.com,
           jaguilar@youngbklaw.com;ylara@youngbklaw.com
          James L. Wright    on behalf of Creditor    Village of Lakemoor jwright@zcwlaw.com,
           lkuziel@zcwlaw.com;vblazina@zcwlaw.com
          James M Philbrick    on behalf of Creditor    GMAC jmphilbrick@att.net
          James R Irving    on behalf of Cross Defendant    Cole Taylor Bank jim.irving@dlapiper.com,
           timothy.walsh@dlapiper.com;;lawrence.uchill@dlapiper.com;;william.coleman@dlapiper.com;;jason.kar
           affa@dlapiper.com;;docketingchicag@dlapiper.com
          Jean Soh    on behalf of Creditor    Builders Services Group, Inc. d/b/a SCE Unlimited
           jsoh@polsinelli.com
          Jeffrey C Dan    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           jdan@craneheyman.com, gbalderas@craneheyman.com;dwelch@craneheyman.com
          Jeffrey D Corso    on behalf of Creditor    J B Concrete Contractors, Inc. jcorso@cooneycorso.com
          Jennifer L Johnson    on behalf of Creditor    Lenny Szarek, Inc. jjohnson@zcwlaw.com,
           vblazina@zcwlaw.com
          John A Lipinsky    on behalf of Creditor    First American Title Insurance Co.
           jlipinsky@comananderson.com, khaskell@comananderson.com;kdavis@comananderson.com
          John H Boyd    on behalf of Creditor    Village of Lakemoor jboyd@zcwlaw.com
          John P Cooney    on behalf of Creditor    J B Concrete Contractors, Inc. jcooney@cooneycorso.com
          Joshua A Gadharf    on behalf of Creditor    Donald Kirk Investment Company, LP
           joshua.gad-harf@kattenlaw.com
          Kara R Eisen    on behalf of Interested Party    Fox Valley Laborers Welfare and Pension Funds
           office@dbb-law.com
          Kathryn A Klein    on behalf of Creditor    Chrysler Financial Services Americas, L.L.C. f/k/a
           Daimler Chrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
          Kevin Murnighan    on behalf of Creditor    Royce Realty & Management Corporation
           kevin@careyfilter.com
          Kevin C. Driscoll    on behalf of Creditor    Whirlpool Corporation kevin.driscoll@btlaw.com,
           jriazi@btlaw.com;ddotts@btlaw.com
          Kimberly A Bacher    on behalf of Attorney    Shaw Gussis Fishman Glantz Wolson & Towbin LLC
           kbacher@shawgussis.com, bharrington@shawgussis.com
          Kurt Bickes    on behalf of Creditor    Builders Services Group, Inc. d/b/a SCE Unlimited
           kbb@bwm-law.com
          Mark Van Donselaar    on behalf of Creditor    Coleman Floor Company mvandonselaar@grayslakelaw.com
          Martin C Kelley    on behalf of Creditor Michele Blasco jcacioppo@kelleykelleykelley.com,
           jcacioppo@kelleykelleykelley.com
          Martin D. Tasch    on behalf of Creditor    ART NISSEN AND SON LANDSCAPING, INC. mtasch@taschlaw.com
          Matthew A Olins    on behalf of Creditor    JPMorgan Chase Bank, N.A., as Agent and Lender
           maolins@duanemorris.com
          Michael L Sherman    on behalf of Creditor    CAB WEST LLC shermlaw1@aol.com
          Nicholas Johnson    on behalf of Creditor    Tim Cote, Inc. nicholasjohnsonlaw@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter J Roberts    on behalf of Trustee Richard Fogel proberts@shawgussis.com
          Peter J Schmidt    on behalf of Creditor    Builders Services Group, Inc. d/b/a SCE Unlimited
           pschmidt@polsinelli.com
          Pia N Thompson    on behalf of Creditor    Board of Managers of Roseglen Condominium Association
           pthompson@gouldratner.com, bburns@gouldratner.com
          Raymond J Ostler    on behalf of Creditor    Alright Concrete Company rostler@gsgolaw.com

```
District/off: 0752-1          User: lhatch              Page 9 of 9               Date Rcvd: Jul 12, 2012
                              Form ID: pdf006           Total Noticed: 378


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Richard M Fogel    on behalf of Trustee Richard Fogel rfogel@shawgussis.com
              Richard M Fogel    rfogel@shawgussis.com, IL72@ecfcbis.com
              Richard N Golding    on behalf of Creditor   Darwin Realty & Development Corporation
               rgolding@goldinglaw.net
              Richard S Mittelman    on behalf of Creditor   Professional Plumbing, Inc
               mittelmanr@eiden-odonnell.com
              Robert T Hanlon    on behalf of Creditor   T. Manning Concrete, Inc. rob@rhanlonlaw.com
              Rosanne Ciambrone    on behalf of Creditor   JPMorgan Chase Bank, N.A., as Agent and Lender
               rciambrone@duanemorris.com, jkahane@duanemorris.com
              Scott M Levin    on behalf of Cross-Claimant David Roller slevin@howardandhoward.com
              Scott R Clar    on behalf of Creditor Committee   Official  Committee of Unsecured Creditors
               sclar@craneheyman.com, mjoberhausen@craneheyman.com;asimon@craneheyman.com
              Shelly A. DeRousse    on behalf of Cross-Claimant Chris Steponaitis sderousse@stahlcowen.com,
               cgarcia@stahlcowen.com
              Stephanie Stinton    on behalf of Cross-Claimant David Roller sstinton@howardandhoward.com
              Stephen D Sharp    on behalf of Creditor   Board of Managers of Roseglen Condominium Association
               ssharp@fjylaw.com
              Terence G Banich    on behalf of Trustee Richard Fogel tbanich@shawgussis.com,
               kdevries@shawgussis.com
              Thomas C Zanck    on behalf of Creditor   Berger Excavating Contractors, Inc. tzanck@zcwlaw.com
              William F Fitzpatrick    on behalf of Creditor   Tempco Heating And Air Conditioning
               wfflaw@yahoo.com
              William F Kelley    on behalf of Creditor Henry Thompson wfkelley@kelleykelleykelley.com,
               jcacioppo@kelleykelleykelley.com;scottzambo@kelleykelleykelley.com
                                                                                             TOTAL: 61
```